Brad S. Karp (BK-3702)
Stephen J. Shimshak (SS-8822)
Douglas R. Davis (DD-0874)
Michael Gertzman (MG-8096)
Claudia L. Hammerman (CH-9005)
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019-6064
Telephone:  212-373-3000

Attorneys for Citigroup Inc., Citibank, N.A., Citigroup Global Markets, Inc., Citicorp North America, Inc., Citigroup Financial Products, Inc., Citigroup Global Markets Ltd., CXC LLC, Corporate Asset Funding Company, LLC, and Corporate Receivables Corporation, LLC.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:**<br>**ENRON CREDITORS RECOVERY CORP.**, *et al.*,<br><br>    **Reorganized Debtors.** | **07 Civ. _____**<br><br>**Chapter 11**<br>**Case No. 01-16034 (AJG)**<br><br>**Jointly Administered** |
| **ENRON CORP.**, *et al.*,<br><br>    **Plaintiff,**<br><br>    v.<br><br>**CITIGROUP, INC.**, *et al.*,<br><br>    **Defendants.** | **Adv. Pro. No. 03-09266** |

**NOTICE OF MOTION OF THE CITIGROUP DEFENDANTS**
**TO WITHDRAW THE REFERENCE**

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law and the related declaration of Brad S. Karp under 28 U.S.C. § 1746, Citigroup, Inc. and certain of its affiliates and related parties ("Citigroup") will move (the "Motion") this Court, at Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New

York, New York, at a date and time to be determined by the Court, to withdraw the reference of the above-captioned Adversary Proceeding to the Bankruptcy Court under 28 U.S.C. §157(d), Federal Rules of Bankruptcy Procedure 5011, and Rule 5011-1 of the Local Rules of Bankruptcy Procedure for the United States Bankruptcy Court for the Southern District of New York.  The accompanying memorandum of law sets forth the basis for the Motion.

Citigroup has made no prior request to this Court or to any other court for the relief requested by this Motion.

WHEREFORE, Citigroup respectfully requests that this Court enter an order granting the relief requested herein, and such other and further relief as this Court deems just and appropriate.

Dated: New York, New York
       November 27, 2007

                                    Respectfully submitted,

                                    /s/  Brad S. Karp
                                    Brad S. Karp (BK-3702)
                                    Stephen J. Shimshak (SS-8822)
                                    Douglas R. Davis (DD-0874)
                                    Michael Gertzman (MG-8096)
                                    Claudia L. Hammerman (CH-9005)
                                    PAUL, WEISS, RIFKIND, WHARTON &
                                    GARRISON LLP
                                    1285 Avenue of the Americas
                                    New York, NY 10019-6064
                                    Telephone:  (212) 373-3000

                                    *Attorneys for Citigroup Inc., Citibank, N.A., Citigroup Global Markets Inc., Citicorp North America, Inc., Citigroup Financial Products Inc., Citigroup Global Markets Ltd., CXC LLC, Corporate Asset Funding Company, LLC, and Corporate Receivables Corporation, LLC.*