UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------x
                                                 :   07 Civ. 10612
                                                 :
                                                 :   Chapter 11
In re:                                           :   Case No. 01-16034 (AJG)
ENRON CORP., *et al.*,                           :
                                                 :   Jointly Administered
                          Debtors.               :
_____x
                                                 :
ENRON CORP., *et al.*,                           :
                          Plaintiffs             :   Adversary Proceeding
                v.                               :   No.: 03-09266 (AJG)
                                                 :
CITIGROUP INC., *et al.*,                        :
                                                 :
                          Defendants.            :
_____x

## APPEARANCE

To the clerk of this court and all parties of record:

Please enter my appearance as counsel in this case for Deutsche Bank AG, Deutsche Bank Trust Company Americas, Deutsche Bank Securities Inc., Deutsche Bank Luxembourg, S.A., Deutsche Bank Trust Company Delaware, Deutsche Bank Trust Corporation, Bankers Trust International plc, BT Commercial Corp., DB Green, Inc., Deutsche Leasing New York Corp., Seneca Delaware, Inc., Deutsche Bank S.A., DB Ever, Inc. (f/k/a BT Ever, Inc.), and Seneca Leasing Partners, L.P. (collectively, the "Deutsche Bank Entities").

I certify that I am admitted to practice before this court in this case.

December 3, 2007                    /s/ Lance Croffoot-Suede
                                    Lance Croffoot-Suede
                                    LINKLATERS LLP
                                    1345 Avenue of the Americas
                                    New York, New York 10105
                                    (212) 903-9000 (telephone)
                                    (212) 903-9100 (facsimile)