UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x
|  |  |
|---|---|
| In re:<br>ENRON CORP., *et al.*,<br>　　　　　　　　　　Debtors. | 07 Civ. 10612<br><br>Chapter 11<br>Case No. 01-16034 (AJG)<br><br>Jointly Administered |
| ENRON CORP., *et al.*,<br>　　　　　　　　　Plaintiffs<br>　　　v.<br>CITIGROUP INC., *et al.*,<br>　　　　　　　　　Defendants. | Adversary Proceeding<br>No.: 03-09266 (AJG) |

-----------------------------------------------------x

## APPEARANCE

To the clerk of this court and all parties of record:

Please enter my appearance as counsel in this case for Deutsche Bank AG, Deutsche Bank Trust Company Americas, Deutsche Bank Securities Inc., Deutsche Bank Luxembourg, S.A., Deutsche Bank Trust Company Delaware, Deutsche Bank Trust Corporation, Bankers Trust International plc, BT Commercial Corp., DB Green, Inc., Deutsche Leasing New York Corp., Seneca Delaware, Inc., Deutsche Bank S.A., DB Ever, Inc. (f/k/a BT Ever, Inc.), and Seneca Leasing Partners, L.P. (collectively, the "Deutsche Bank Entities").

I certify that I am admitted to practice before this court in this case.

December 3, 2007　　　　　　　　/s/ *Titia A. Holtz*
　　　　　　　　　　　　　　　　Titia A. Holtz
　　　　　　　　　　　　　　　　LINKLATERS LLP
　　　　　　　　　　　　　　　　1345 Avenue of the Americas
　　　　　　　　　　　　　　　　New York, New York 10105
　　　　　　　　　　　　　　　　(212) 903-9000 (telephone)
　　　　　　　　　　　　　　　　(212) 903-9100 (facsimile)