LINKLATERS LLP
Attorneys for
Lawrence Byrne
Lance Croffoot-Suede
Titia A. Holtz
1345 Avenue of the Americas
New York, New York 10105
(212) 903-9100

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x
                                            :  07 Civ. 10612
                                            :
                                            :  Chapter 11
In re:                                      :  Case No. 01-16034 (AJG)
ENRON CORP., *et al.*,                      :
                                            :  Jointly Administered
                    Debtors.                :
_____x
                                            :
ENRON CORP.; ENRON NORTH                    :
AMERICA CORP.; ENRON NATURAL                :
GAS MARKETING CORP.; ENRON                  :
BROADBAND SERVICES, INC.;                   :
ENRON ENERGY SERVICES, INC.;                :
ENRON DEVELOPMENT FUNDING                   :
LTD.,                                       :
                    Plaintiffs              :  Adversary Proceeding
            v.                              :  No.: 03-09266 (AJG)
                                            :
CITIGROUP INC., *et al.*,                   :
                                            :
                    Defendants.             :
_____x

CORPORATE OWNERSHIP STATEMENT
OF DEFENDANTS THE DEUTSCHE BANK ENTITIES

This statement is submitted pursuant to Rule 7.1(a) of the Federal Rules of

Civil Procedure on behalf of defendants Deutsche Bank AG, Deutsche Bank Trust

Company Americas, Deutsche Bank Securities Inc., Deutsche Bank Luxembourg,

S.A., Deutsche Bank Trust Company Delaware, Deutsche Bank Trust Corporation,

Bankers Trust International plc, BT Commercial Corp., DB Green, Inc. (f/k/a BT

Green, Inc.), Deutsche Leasing New York Corp. (f/k/a BT Leasing Corp.), Seneca Delaware, Inc. (f/k/a EN-BT Delaware, Inc.), Deutsche Bank S.A., DB Ever, Inc. (f/k/a BT Ever, Inc.), and Seneca Leasing Partners, L.P. (collectively, the "DB Entities").

Each of the fourteen entities identified herein save for Deutsche Bank AG is a direct or indirect wholly-owned subsidiary of Deutsche Bank AG. Deutsche Bank AG is a publicly traded company. It has no parent company, and no publicly traded company owns 10% or more of its stock.

Dated: December 3, 2007

Respectfully submitted,

LINKLATERS LLP

By: __/s/ Lance Croffoot-Suede__
Lawrence Byrne
Lance Croffoot-Suede
Titia A. Holtz
1345 Avenue of the Americas
New York, New York 10105
212-903-9000 (Telephone)
212-903-9100 (Facsimile)

*Attorneys for the Deutsche Bank Entities*