PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
Brad S. Karp
Stephen J. Shimshak
Douglas R. Davis
Michael Gertzman
Claudia L. Hammerman
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000

Attorneys for Citigroup Inc., Citibank, N.A., Citigroup Global Markets, Inc., Citicorp North America, Inc., Citigroup Financial Products, Inc., Citigroup Global Markets Ltd., CXC LLC, Corporate Asset Funding Company, LLC, and Corporate Receivables Corporation, LLC

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re** <br> **ENRON CREDITORS RECOVERY CORP.**, *et al.*, <br> **Reorganized Debtors.** <br><br> **ENRON CORP.**, *et al.*, <br> **Plaintiffs,** <br> v. <br> **CITIGROUP, INC.**, *et al.*, <br> **Defendants.** | 07 Civ. 10612 <br><br> **Chapter 11** <br> **Case No. 01-16034 (AJG)** <br><br> **Jointly Administered** <br><br><br> Adv. Pro. No. 03-09266 |

**CORPORATE OWNERSHIP STATEMENT OF DEFENDANTS CITIGROUP INC., CITIBANK, N.A., CITIGROUP GLOBAL MARKETS, INC., CITICORP NORTH AMERICA, INC., CITIGROUP FINANCIAL PRODUCTS, INC., CITIGROUP GLOBAL MARKETS LTD., CXC LLC, CORPORATE ASSET FUNDING COMPANY, LLC AND CORPORATE RECEIVABLES CORPORATION, LLC**

Pursuant to Federal Rule of Civil Procedure 7.1(a), the undersigned

counsel of record for defendants Citigroup Inc., Citibank, N.A., Citigroup Global

Markets, Inc., Citicorp North America, Inc., Citigroup Financial Products, Inc., Citigroup Global Markets Ltd., CXC LLC, Corporate Asset Funding Company, LLC and Corporate Receivables Corporation, LLC, hereby states as follows:

1. Citigroup Inc. is a publicly traded corporation that has no parent corporation and no publicly held corporation owns 10% or more of its stock.

2. Citibank, N.A. is a wholly owned subsidiary of Citicorp Holdings Inc., which in turn, is a wholly owned subsidiary of Citigroup Inc.

3. Citigroup Global Markets, Inc. is a wholly owned subsidiary of Citigroup Financial Products, Inc., which in turn, is a wholly owned subsidiary of Citigroup Global Markets Holdings Inc., which in turn, is a wholly owned subsidiary of Citigroup Inc.

4. Citicorp North America, Inc. is a wholly owned subsidiary of Citicorp Banking Corporation, which in turn, is a wholly owned subsidiary of Citigroup Inc.

5. Citigroup Financial Products, Inc. is a wholly owned subsidiary of Citigroup Global Markets Holdings Inc., which in turn is a wholly owned subsidiary of Citigroup Inc.

6. Citigroup Global Markets Ltd. is a wholly owned subsidiary of Citigroup Global Markets Europe Ltd., which in turn, is a subsidiary of Citigroup Inc. and otherwise has no public holders of its stock.

7. CXC LLC, Corporate Asset Funding Company, LLC and Corporate Receivables Corporation, LLC are limited liability companies, not corporations, and Rule 7.1 therefore requires no disclosure for these defendants. If the

Court believes that additional information is required, the undersigned counsel will, with the Court's permission, address and respond to such request by making a confidential submission to the Court *in camera* on the subject.

Dated: New York, New York
      November 27, 2007

                                      /s/ Brad S. Karp
                                      Brad S. Karp
                                      Stephen J. Shimshak
                                      Douglas R. Davis
                                      Michael Gertzman
                                      Claudia L. Hammerman
                                      PAUL, WEISS, RIFKIND, WHARTON &
                                      GARRISON LLP
                                      1285 Avenue of the Americas
                                      New York, NY 10019-6064
                                      Telephone: (212) 373-3000

                                      *Attorneys for Citigroup, Inc., Citibank,*
                                      *N.A., Citigroup Global Markets, Inc.,*
                                      *Citicorp North America, Inc., Citigroup*
                                      *Financial Products, Inc., Citigroup Global*
                                      *Markets Ltd., CXC LLC, Corporate Asset*
                                      *Funding Company, LLC, and Corporate*
                                      *Receivables Corporation, LLC.*