UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br>ENRON CREDITORS RECOVERY CORP., *et al.*,<br>　　　　Reorganized Debtors.<br><br>ENRON CORP., *et al.*,<br>　　　　Plaintiffs,<br>　　v.<br>CITIGROUP, INC., *et al.*,<br>　　　　Defendants. | 07 Civ. 10612<br><br>Chapter 11<br>Case No. 01-16034 (AJG)<br><br>Jointly Administered<br><br><br>Adv. Pro. No. 03-09266 |

**AFFIDAVIT OF SERVICE**

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

Luke DePalma, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age and am employed by Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019.

On November 27, 2007, I served true copies of the foregoing:

- CORPORATE OWNERSHIP STATEMENT OF DEFENDANTS CITIGROUP INC., CITIBANK, N.A., CITIGROUP GLOBAL MARKETS, INC., CITICORP NORTH AMERICA, INC., CITIGROUP FINANCIAL PRODUCTS, INC., CITIGROUP GLOBAL MARKETS LTD., CXC LLC, CORPORATE ASSET FUNDING COMPANY, LLC AND CORPORATE RECEIVABLES CORPORATION, LLC
- CIVIL COVER SHEET
- NOTICE OF MOTION OF THE CITIGROUP DEFENDANTS TO WITHDRAW THE REFERENCE
- MEMORANDUM OF LAW IN SUPPORT OF THE CITIGROUP DEFENDANTS' MOTION TO WITHDRAW THE REFERENCE
- DECLARATION OF BRAD S. KARP IN SUPPORT OF THE CITIGROUP DEFENDANTS' MOTION TO WITHDRAW THE REFERENCE
- EXHIBITS TO DECLARATION OF BRAD S. KARP IN SUPPORT OF THE CITIGROUP DEFENDANTS' MOTION TO WITHDRAW THE REFERENCE, VOLs 1 and 2

on the following:

William J. McSherry, Jr.
Clifton Ellgarten
Steven D. Greenblatt
Crowell & Moring LLP
153 East 53rd Street
New York, NY 10022

David M. Stern
Lee R. Bogdanoff
Stacia A. Neeley
Klee, Tuchin, Bogdanoff & Stern LLP
1999 Avenue of the Stars
Los Angeles, CA 90067

Richard F. Casher
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY 10019

Ronald L. Cohen
Seward & Kissel
One Battery Park Plaza
New York, NY 10004

Jeffrey S. Saltz
Law Office of Jeffrey S. Saltz, P.C.
Two Penn Center Plaza, Suite 1930
1500 John F. Kennedy Blvd
Philadelphia, PA 19102

Lawrence Byrne
Lance Croffoot-Suede
Ruth E. Harlow
Joe Schmit
Titia A. Harlow
Linklaters LLP
1345 Avenue of the Americas
New York, NY 10105

3. I made such service on Lawrence Byrne, Lance Croffott-Suede, Ruth E. Harlow, Joe Schmidt, and Titia A. Holtz of Linklaters LLP and Lawrence Byrne, Lance Croffott-Suede, Ruth E. Harlow, Joe Schmidt, and Titia A. Holtz of Linklaters LLP by personally

2

delivering true copies of the aforementioned documents to the offices located at the above stated addresses.

4. I made such service on the remaining individuals on the service list by personally enclosing true copies of the aforementioned documents in properly addressed prepaid wrappers and delivering them to a Federal Express office for Priority Overnight delivery.

Luke DePalma

Sworn to before me this

7th day of December, 2007

Notary Public

AUSTIN KWAME WILKINSON
Notary Public, State of New York
No. 01WI5051848
Qualified in Kings County
Certificate Filed in New York County
Commission Expires Nov. 13, 2009

3