

Klee,
Tuchin,
Bogdanoff &
Stern
LLP

1999 Avenue of the Stars
Thirty-Ninth Floor
Los Angeles, California 90067

voice: 310-407-4000
fax: 310-407-9090
www.ktbslaw.com


MEMO ENDORSED

E-mail: DStern@ktbslaw.com
Direct Dial: 310-407-4025

December 6, 2007


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/7/07

**VIA FAX (212-805-0436)**

The Honorable Gerard E. Lynch
United States District Court Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:  *Enron Corp., et al. v. Citigroup Inc., et al.*, Case No. 07 CV 10612
Bkcy. Case No. 01-16034 (AJG), Adv. Pro. No. 03-09266 (AJG)

Dear Judge Lynch:

This firm represents Enron Creditors Recovery Corp., formerly known as Enron Corp. ("Enron"), and affiliates, the plaintiffs in the above-captioned bankruptcy adversary proceeding and the respondents in connection with the Withdrawal Motion docketed as Case No. 07 CV 10612. This letter is a follow-up to my letter of yesterday requesting permission to file an opposition memorandum of up to 50 pages.

Following discussion with Claudia Hammerman, counsel for the moving parties, Citigroup Inc. et al. (collectively "Citigroup"), we have agreed, subject to your approval, as follows:

- Enron's opposition memorandum may be up to 50 pages and will be served on Ms. Hammerman via email (hard copies to follow by personal service) no later than next Tuesday, December 11th. We will endeavor to file it on December 11th as well, but recent upgrades to the Court's website may make that problematic. In any event, we will file the memorandum and any supporting materials as promptly as feasible.

- Citigroup's reply memorandum may be up to 20 pages. The reply will be served on the undersigned via email (hard copies to follow via FedEx) no later than Friday, December 21st. Filing of the reply and any supporting material will occur, if possible, on December 21st, or as soon thereafter as practicable.

SO ORDERED

*/s/ Gerard E. Lynch*

GERARD E. LYNCH, U.S.D.J.

12/6/07

100903.1

The Honorable Gerard E. Lynch
December 6, 2007
Page 2

    In all other respects, both sides will adhere to the Court's rules and Individual Practices.

    I certify that this letter was sent to and approved by Ms. Hammerman before it was sent to your Honor.

                              Very truly yours,

                              David M. Stern

cc:    William J. McSherry, Jr., Esq. (via email)
       Claudia L. Hammerman, Esq. (via email)

100903.1