UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
:   07 Civ. 10612
:
:   Chapter 11
In re:                                                      :   Case No. 01-16034 (AJG)
ENRON CORP., *et al.*,                                      :
:   Jointly Administered
-------------------------------------------------------------x
:
ENRON CORP., *et al.*,                                      :
          Plaintiffs                :   Adversary Proceeding
    v.                                              :   No.: 03-09266 (AJG)
:
CITIGROUP INC., *et al.*,                                   :
          Defendants.               :
-------------------------------------------------------------x

**APPEARANCE**

To the clerk of this court and all parties of record:

    Please enter my appearance as counsel in this case for The Bank of New York, as Indenture Trustee and Collateral Trustee, Yosemite Securities Trust I, Yosemite Securities Company, Ltd., Enron Credit Linked Notes Trust, Enron Credit Linked Notes Trust II, Enron Sterling Credit Linked Notes Trust and Enron Euro Credit Linked Notes Trust.

    I certify that I am admitted to practice before this court in this case.

December 10, 2007

                                /S/ David Mark_____
                                David Mark (DM-9548)
                                Kasowitz, Benson, Torres & Friedman LLP
                                1633 Broadway
                                New York, New York  10019
                                (212) 506-1990 (telephone)
                                (212) 506-1800 (facsimile)