**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>ENRON CREDITORS RECOVERY CORP., et al.,<br><br>　　　　Reorganized Debtors. | **CIVIL CASE NO.: 07 Civ. 10612**<br><br>Chapter 11<br><br>Case No. 01-16034 (AJG)<br><br>Jointly Administered |
| ENRON CORP., et al.,<br>　　　　Plaintiffs,<br>　　v.<br>CITIGROUP INC., et al.,<br>　　　　Defendants. | Adversary No. 03-09266 (AJG) |

**DECLARATION OF MATTHEW C. HEYN IN OPPOSITION TO
CITIGROUP DEFENDANTS' MOTION TO WITHDRAW THE REFERENCE**

I, Matthew C. Heyn, declare:

1. I am an associate with Klee, Tuchin, Bogdanoff & Stern LLP, Special Bankruptcy Litigation Counsel for Plaintiff Enron Creditors Recovery Corp. and its co-plaintiff subsidiaries (collectively, "Enron" or "Plaintiffs") in the adversary proceeding pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") captioned *Enron Corp. et al. v. Citigroup Inc. et al.*, Adv. No. 03-9266 (AJG) (the "Mega Claim Litigation"). I have personal knowledge of the facts contained in this declaration and, if called as a witness, could and would testify to these facts.

2. Attached hereto are true and correct copies of the following documents that are cited as exhibits in Plaintiffs' Memorandum of Law in Opposition to Citigroup Defendants' Motion to Withdraw the Reference. These documents either (1) are pleadings and papers filed in the Mega Claim Litigation, in the jointly administered bankruptcy cases of Enron Corp, pending in the Bankruptcy Court as Case No. 01-16034 (AJG), or in other related proceedings (identified below), or (2) have been produced in discovery in the Mega Claims litigation and/or certain related proceedings. Pursuant to the Bankruptcy Court's *Order Regarding Presumptive Document Authenticity and Presumptive Business Records Per Rule 803(6) F.R.E.*, attached hereto as Exhibit 1, the documents within category (2) are presumed to be a faithful and authentic reproduction of the original. Enron requests that, pursuant to Fed. R. Evid. 201 the Court take judicial notice of these documents. *Levitt v. Bear Stearns & Co.*, 340 F.3d 94, 101 (2d Cir. 2003); *In re Global Crossing, Ltd. Secs. Litig.*, 471 F. Supp. 2d 338, 343 (S.D.N.Y. 2006). Where indicated, the documents have been excerpted to reduce unnecessary bulk. A full copy of the documents is available on request.

100998.1

| **Description** | **Exhibit** |
|---|---|
| Order Regarding Presumptive Document Authenticity and Presumptive Business Records Per Rule 803(6) F.R.E. | 1 |
| Transcript of Hearing on August 7, 2007 before Hon. Shira Schiendlin **[Excerpted]** | 2 |
| Amended Answer of Defendants Citigroup Inc., Citibank, N.A., Citigroup Global Markets Inc., Citicorp North America, Inc., Citigroup Financial Products Inc, CXC LLC, Corporate Asset Funding Company, LLC and Corporate Receivables Corporation, LLC to Fourth Amended Complaint **[Excerpted]** | 3 |
| Combined Order, Pursuant to 11 U.S.C. §§ 105(a), 502(c), and 1142, Estimating Certain Contingent or Unliquidated Claims for Purposes of Establishing Reserves | 4 |
| Third Interim Report of Neal Batson, Court-Appointed Examiner [Without Appendices] | 5 |
| Debtors' Supplemental Modified Fifth Amended Joint Plan of Affiliated Debtors **[Excerpted]** | 6 |
| [Intentionally Omitted] | 7 |
| Second Interim Report of Neal Batson, Court-Appointed Examiner **[Without Appendices]** | 8 |
| Testimony of Robert Roach before Permanent Subcommittee on Investigations of the Committee on Governmental Affairs of the United States Senate, 127th Cong. (2d Sess.), July 23, 2002 | 9 |
| Appendix D (Role of Citigroup and its Affiliates) to Third Interim Report of Neal Batson, Court-Appointed Examiner | 10 |
| SEC Order Instituting a Public Administrative Proceeding In the Matter of Citigroup, Inc., Release No. 34, 48230, Fed. Sec. L. Rep. ¶ 75,482 (July 28, 2003) | 11 |
| Letter dated July 28, 2003 from New York District Attorney Robert Morgenthau to Hon. Alan Greenspan *et al.* | 12 |
| Letter dated July 28, 2003 from Charles Prince to New York District Attorney Robert Morgenthau | 13 |
| Appointment of Committee of Unsecured Creditors | 14 |
| Omnibus Objection of Citibank, N.A. and Citicorp USA, Inc. to the Motions of (i) Petro-Hunt LLC *et al.*, (ii) Pamela M. Title et al., (iii) Dynergy Inc. *et al.*, (iv) Southern Ute Indian Tribe, (v) Reliant Energy Services, Inc., (vi) El Paso Merchant Energy L.P., and (vii) Anning-Johnson Co. et al. to Change the Venue of the Debtors' Chapter 11 Cases to the Southern District of Texas, Houston Division | 15 |
| Proof of Claim No. 11731 in the asserted amount of "[n]ot less than $753,809,110" against Enron Corp., filed Oct. 11, 2002 **[Excerpted]** | 16 |
| Proof of Claim No. 11732 in the asserted amount of "[n]ot less than $304,779,819.45" against Enron Corp., filed October 11, 2002 **[Excerpted]** | 17 |

| **Description** | **Exhibit** |
|---|---|
| Proof of Claim No. 11733 in the asserted amount of "[n]ot less than $304,779,819.45" against Enron North America Corp., filed October 11, 2002 **[Excerpted]** | 18 |
| Proof of Claim No. 11734 in the asserted amount of "[n]ot less than $512,444,444.44" against Enron Corp., filed October 11, 2002 **[Excerpted]** | 19 |
| Proof of Claim No. 11735 in the asserted amount of "[n]ot less than $512,444,444.44" against Enron North America Corp., filed October 11, 2002 **[Excerpted]** | 20 |
| Proof of Claim No. 11736 in the asserted amount of "[n]ot less than $502,253,472.22" against Enron North America Corp., filed October 11, 2002 **[Excerpted]** | 21 |
| Proof of Claim No. 11737 in the asserted amount of "[n]ot less than $502,253,472.22" against Enron Corp., filed October 11, 2002 **[Excerpted]** | 22 |
| Proof of Claim No. 11738 in the asserted amount of "[n]ot less than $753,781,250.00" against Enron North America Corp., filed October 11, 2002 **[Excerpted]** | 23 |
| Proof of Claim No. 11739 in the asserted amount of "[n]ot less than $185,113,301.64" against Enron Corp., filed October 11, 2002 **[Excerpted]** | 24 |
| Proof of Claim No. 11740 in the asserted amount of "[n]ot less than $184,099,320.83" against Enron Corp., filed October 11, 2002 **[Excerpted]** | 25 |
| Proof of Claim No. 11741 in the asserted amount of "[n]ot less than $155,459,838.05" against Enron North America Corp., filed October 11, 2002 **[Excerpted]** | 26 |
| Proof of Claim No. 11742 in the asserted amount of "[n]ot less than $185,113,301.64" against Enron North America Corp., filed October 11, 2002 **[Excerpted]** | 27 |
| Proof of Claim No. 12102 in the asserted amount of "no less than $1,054,735.48" against Enron North America Corp., filed October 11, 2002 | 28 |
| Proof of Claim No. 12103 in the asserted amount of "no less than $51,360,616.43" against Enron Corp., filed October 11, 2002 | 29 |
| Proof of Claim No. 12104 in for "as of yet undetermined amounts" against Enron North America Corp., filed October 11, 2002 | 30 |
| Proof of Claim No. 12105 in the asserted amount of "no less than $27,869,384.72" against Enron Corp., filed October 11, 2002 | 31 |
| Proof of Claim No. 12106 in the asserted amount of "no less than $6,200,979.40" against Enron North America Corp., filed October 11, 2002 | 32 |
| Proof of Claim No. 12107 in the asserted amount of "no less than $30,642,060.86" against Enron Corp., filed October 11, 2002 | 33 |

| **Description** | **Exhibit** |
|---|---|
| Proof of Claim No. 12108 in the asserted amount of "no less than $13,310,541.57" against Enron North America Corp., filed October 11, 2002 | 34 |
| Proof of Claim No. 12109 in the asserted amount of "no less than $38,310,541.57" against Enron Corp., filed October 11, 2002 | 35 |
| Proof of Claim No. 12843 asserted for an amount that "cannot be reasonably calculated or estimated" against Enron North America Corp., filed October 15, 2002 | 36 |
| Proof of Claim No. 14503 in the asserted in an unliquidated amount against Enron Corp., filed October 15, 2002 | 37 |
| Proof of Claim No. 14504 for "as of yet undetermined amounts" against Enron North America Corp., filed October 15, 2002 | 38 |
| Proof of Claim No. 14505 "as of yet undetermined amounts" against Enron Corp., filed October 15, 2002 | 39 |
| Bank Defendants' Joint Memorandum of Law in Support of Their Motion for Leave to Appeal | 40 |
| Notice of, and Joint Motion of Bank Defendants for Leave to Appeal | 41 |
| Notice of Appeal | 42 |
| Joinder by Citigroup Defendants in Barclay's Motion for Determination that Certain Matters are Core | 43 |
| Agreement between Enron Corp. and Citibank, N.A., dated as of February 23, 2000 | 44 |
| Agreement between Enron Corp. and Citibank, N.A., dated as of August 25, 2000 | 45 |
| Agreement (USD) between Enron Corp. and Citibank, N.A., dated as of May 24, 2001 | 46 |
| Agreement (Euro) between Enron Corp. and Citibank, N.A., dated as of May 24, 2001 | 47 |
| Agreement (Sterling) between Enron Corp. and Citibank, N.A., dated as of May 24, 2001 | 48 |
| Enron Agreement dated as of December 29, 1997 **[Excerpted]** | 49 |
| Enron Agreement dated as of December 17, 1999 **[Excerpted]** | 50 |
| Independent Auctioneer Letter Agreement dated December 20, 2000 from Citibank, N.A. to Enron | 51 |
| Docket entries for the Mega Claim Litigation | 52 |
| Order Denying Motion by the Ad Hoc Committee of Yosemite/CLN Holders for an Order Permitting its Intervention **[Excerpted]** | 53 |
| Minute Order on Plaintiffs' Informal Request for Entry of Protective Order | 54 |

| Description | Exhibit |
|---|---|
| Transcript of Hearing on August 9, 2005 before Hon. Arthur Gonzalez | 55 |
| Deposition Protocol Order | 56 |
| Order Regarding Expert Discovery | 57 |
| Stipulation and Order dated as of September 22, 2006 | 58 |
| Debtors' Complaint for the Avoidance and Return of Preferential Payments and Fraudulent Transfers, Equitable Subordination, and Damages, Together with Objections and Counterclaims to Creditor Defendants' Claims | 59 |
| [Intentionally Omitted] | 60 |
| Amended Scheduling Order | 61 |
| Scheduling Order | 62 |
| Transcript of Hearing on October 15, 2007 before Hon. Arthur Gonzalez | 63 |
| Appendix E (Prepay Transactions) to Second Interim Report of Neal Batson, Court-Appointed Examiner | 64 |
| Stipulation of Settlement | 65 |
| Credit and Security Agreement dated as of December 29, 1997 | 66 |
| Closing Agreement for Yosemite Securities Trust I, $750,000,000 8.25% Series 1999-A Linked Enron Obligations, $75,000,000 Enron Credit-Linked Trust Certificates | 67 |
| Closing Agreement for Yosemite Securities Company, Ltd £200,000,000 8.75% Series 2000-A Linked Enron Obligations, £22,250,000 Equity Certificates | 68 |
| Closing Agreement for Enron Credit Linked Notes Trust, $500,000,000 8.00% Enron Credit Linked Notes due 2005, $50,000,000 Certificates | 69 |
| Closing Agreement for Enron Euro Credit Linked Notes Trust, €200,000,000 6.5% Enron Euro Credit Linked Notes due 2006, €22,500,000 Certificates | 70 |
| Closing Agreement for Enron Credit Linked Notes Trust II, $500,000,000 7.375% Enron Credit Linked Notes due 2006 $50,000,000 Certificates | 71 |
| Upfront Fee Letter dated June 29, 1999 from CNAI to Enron | 72 |
| [Intentionally Omitted] | 73 |
| Roosevelt Transaction Security Agreement | 74 |
| Credit and Security Agreement dated as of December 17, 1999 **[Excerpted]** | 75 |
| Amended and Restated Limited Partnership of Marengo LP **[Excerpted]** | 76 |

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 11th day of December 2007 at Los Angeles, California.

                                                                 */s/ Matthew C. Heyn*
                                                                  Matthew C. Heyn