UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
In re                                                    :
                                                         :    Case No. 01 B 16034 (AJG)
    ENRON CORP., et al.,              :    (Jointly Administered)
                                                         :    (Chapter 11)
                 Debtors.    :
-----------------------------------------------------X

## APPOINTMENT OF COMMITTEE OF
## UNSECURED CREDITORS

      Pursuant to Section 1102(a) and 1102(b) of the Bankruptcy Code, the following creditors of the above-captioned debtors being among the largest unsecured claimants who are willing to serve are appointed to the committee of unsecured creditors, effective December 12, 2001:

1.      JP Morgan Chase & Co.
          380 Madison Avenue
          New York, New York 10017
          Attention:    Mr. Jeffrey Sell, Senior Credit Executive
          (212) 622-4840
          Telecopier (212) 622-4827

2.      Citigroup/Citibank
          250 West Street, 8th Floor
          New York, New York 10013
          Attention:    Mr. Anthony Murphy, Director
          (212) 723-3504
          Telecopier (212) 723-3964

3.      ABN AMRO Bank
          10 East 53rd Street, 37th Floor
          New York, New York 10022
          Attention:    Mr. William J. Fitzgerald, Senior Vice President
          (212) 891-0623
          Telecopier (212) 891-0650
                  or
          Attention:    Mr. Steven C. Wimpenny
          (212) 891-0626
          Telecopier (212) 891-0651

4.  Credit Lyonnais New York Branch
    1301 Avenue of the Americas
    New York, New York 10019
    Attention:   Mr. Alan Sidrane, Senior Vice President
    (212) 261-7000
    Telecopier (212) 261-3259

5.  Credit Suisse First Boston
    11 Madison Avenue
    New York, New York 10010-3629
    Attention:   Mr. Jan Kofol, Director Global Recovery Management
    (212) 325-9057
    Telecopier (212) 325-0304

6.  National City Bank as Indenture Trustee
    629 Euclid Avenue, Suite 635
    Cleveland, Ohio 44144
    Attention:   Ms. Elizabeth A. Thuning, Assistant Vice President
    (216) 222-2496
    Telecopier (216) 222-9326

7.  Silvercreek Management, Inc.
    1670 Bay View Avenue
    Suite 308
    Toronto, Ontario M4G 3C2
    Attention:   Mr. Robert Kittel, Vice President
    (416) 485-7797
    Telecopier (416) 485-0640

8.  Oaktree Capital Management, LLC
    333 S. Grand Avenue, 28th Floor
    Los Angeles, CA 90017
    Attention:   Mr. Kenneth Liang, Managing Director
    (213) 830-6422
    Telecopier (213) 830-8522

9.  Wells Fargo Bank Minnesota, N.A., as Indenture Trustee
    Sixth Street & Marquette Avenue
    Minneapolis, MN 55479
    Attention:   Ms. Julie J. Becker, Vice President
    (612) 316-4772
    Telecopier (612) 667-9825

10. The Bank of New York, as Indenture Trustee
    5 Penn Plaza
    13th Floor
    New York, New York 10001
    Attention:    Mr. John Stevenson
    (212) 896-7255
    Telecopier (212) 328-7302

11. St. Paul Fire and Marine Insurance Company
    5801 Centennial Way
    Baltimore, MD 21209-3653
    Attention:    Deborah Feurer, Esq.
    (410) 205-5978
    Telecopier (410) 205–0605

12. National Energy Group, Inc.
    4925 Greenville Avenue, Suite 1400
    Dallas, Texas 75206
    Attention:    Mr. Philip D. Devlin, Vice President and General Counsel
    (214) 692-9211
    Telecopier (214) 692-5055

13. Duke Energy Trading and Marketing, LLC
    5400 Westheimer Court
    Houston, Texas 77056
    Attention:    Mr. George V. Brown, Chief Credit Officer
    (704) 373-3512
    Telecopier (704) 627-5122

14. Mr. Michael P. Moran, individually and as representative
    174 Wedgewood Drive West
    Montgomery, Texas 77356
    (936) 597-7002
    Telecopier (936) 597-7002 (call first)

  15.  The Williams Companies, Inc.
     One Williams Center
     Tulsa, OK 74172
     Attention: Mr. William G. von Glahn
     (918) 573-2480
     Telecopier (918) 573-5942

Dated: New York, New York
   December 12, 2001

                   CAROLYN S. SCHWARTZ
                   UNITED STATES TRUSTEE

               By: /s/ Mary Elizabeth Tom
                  Mary Elizabeth Tom (MET 3909)
                  Assistant United States Trustee

                  33 Whitehall Street, 21st Floor
                  New York, New York  10004
                  Tel. No. (212) 510-0500