PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
Stephen J. Shimshak (SS-8822)
Douglas R. Davis (DD-0874)
Brad S. Karp (BK-3702)
Claudia L. Hammerman (CH-9005)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000

*Attorneys for Citigroup, Inc., Citibank, N.A., Citigroup Global Markets Inc., Citicorp North America, Inc., Citigroup Financial Products Inc., CXC LLC, Corporate Asset Funding Company, LLC, and Corporate Receivables Corporation, LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>ENRON CORP., *et al.*,<br><br>　　　　Reorganized Debtors. | Chapter 11<br>Case No. 01-16034 (AJG)<br><br>Jointly Administered |
| ENRON CORP., *et al.*,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>CITIGROUP INC., *et al.*,<br><br>　　　　Defendants. | Adv. Pro. No. 03-09266 |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that defendants-appellants Citigroup Inc.

("Citigroup"), Barclays PLC ("Barclays") and Deutsche Bank AG ("Deutsche Bank")

Doc #:NY7:266500.3

and their respective co-defendant affiliates[1] (together, the "Bank Defendants") by their undersigned attorneys, Paul, Weiss, Rifkind, Wharton & Garrison LLP, Allen & Overy LLP, and White & Case LLP, appeal under 28 U.S.C. § 158(a) to the United States District Court for the Southern District of New York from the Opinion Concerning Determination Pursuant To 28 U.S.C. § 157(b)(3) (the "Core Opinion") entered by the United States Bankruptcy Court for the Southern District of New York (Gonzalez, J.) (the "Bankruptcy Court") on August 14, 2005 and (ii) the order (the "Core Order") of the Bankruptcy Court determining that three common law claims in the above-captioned adversary proceeding are core claims pursuant to 28 U.S.C. § 157(b)(2)(B) and (C) signed by the Bankruptcy Court on August 24, 2006 (the "Order"), and each and every part of the Core Opinion and the Core Order. Copies of the Core Opinion and the Core Order are attached hereto as Exhibit A and B, respectively.

The names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

---

[1] The Citigroup co-defendant affiliates are: Citibank, N.A., Citigroup Global Markets Inc., Citicorp North America, Inc., Citigroup Financial Products Inc., CXC LLC, Corporate Asset Funding Company, LLC, and Corporate Receivables Corporation, LLC. The Barclays' co-defendant affiliates are: Barclays Bank PLC, Barclays Capital Inc., Barclays Capital Securities Limited, Barclays Physical Trading Limited and Barclays Metals Limited. The Deutsche Bank co-defendant affiliates are: Deutsche Bank Trust Company Americas, Deutsche Bank Securities Inc., Deutsche Bank Luxembourg, S.A., Deutsche Bank Trust Company Delaware, Deutsche Bank Trust Corporation, Bankers Trust International plc, BT Commercial Corp., DB Green, Inc., Deutsche Leasing New York Corp., Seneca Delaware, Inc., Deutsche Bank S.A., BT Ever, Inc. and Seneca Leasing Partners, L.P.

**APPELLANTS/DEFENDANTS:**

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990

Attn:   Stephen J. Shimshak (SS-8822)
        Douglas R. Davis (DD-0874)
        Brad S. Karp (BK-3702)
        Claudia L. Hammerman (CH-9005)

*Attorneys for Citigroup, Inc., Citibank, N.A., Citigroup Global Markets Inc., Citicorp North America, Inc., Citigroup Financial Products Inc., CXC LLC, Corporate Asset Funding Company, LLC; and Corporate Receivables Corporation, LLC*

-- and --

ALLEN & OVERY LLP
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 610-6300

Attn:   Hugh M. McDonald (HM-2667)
        Marc E. Bennett (MB-9164)
        Andrew Matheson (AM-6471)
        Lisa J.P Kraidin (LK-3569)
        Anna Taruschio (AT-6483)

-- and –

SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000

Attn:   David H. Braff (DB-0761)
        Michael T. Tomaino, Jr. (MT-6200)
        Jeffrey T. Scott (JS-5014)

*Attorneys for Barclays PLC, Barclays Bank PLC, Barclays Capital Inc., Barclays Capital Securities Limited, Barclays Physical Trading Limited and Barclays Metals Limited*

-- and --

WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York 10036
Telephone: (212) 819-8200

Attn:  Owen C. Pell (OP-0118)
       Timothy S. Pfeifer (TP-6331)
       Titia A. Holtz (TH-4379)

*Attorneys for Deutsche Bank AG, Deutsche Bank Trust Company Americas, Deutsche Bank Securities Inc., Deutsche Bank Luxembourg, S.A., Deutsche Bank Trust Company Delaware, Deutsche Bank Trust Corporation, Bankers Trust International plc, BT Commercial Corp., DB Green, Inc., Deutsche Leasing New York Corp., Seneca Delaware, Inc., Deutsche Bank S.A., BT Ever, Inc., and Seneca Leasing Partners, L.P.*

**APPELLEES/PLAINTIFFS:**

SUSMAN GODFREY LLP
1000 Louisiana Street, Suite 5100
Houston, TX 77002
Telephone: (713) 651-9366
Attn:  H. Lee Godfrey
       Kenneth Marks

--and--

TOGUT, SEGAL & SEGAL LLP
One Penn Plaza
Suite 3335
New York, New York 10119
Telephone: (212) 594-5000
Facsimile: (212) 967-4258
Attn:  Frank A. Oswald
       Howard P. Magaliff

--and--

VENABLE LLP
1800 Mercantile Bank & Trust Building
Two Hopkins Plaza
Baltimore, Maryland 21201
Telephone: (410) 244-7400
Facsimile: (410) 244-7742
Attn: Richard L. Wasserman
      Michael Schatzow

*Enron Corp. (Reorganized Debtor), Enron North America Corp., Enron Natural Gas Marketing Corp., Enron Broadband Services, Inc., Enron Energy Services, Inc., EES Service Holdings, Inc., Enron International, Inc., Enron Energy Services Operations, Inc., ECT Merchant Investments Corp., Enron Power Marketing, Inc., and Atlantic Commercial Finance, Inc.*

Dated: New York, New York
September 25, 2006

Respectfully submitted,

/s/   Stephen J. Shimshak
Stephen J. Shimshak (SS-8822)
Douglas R. Davis (DD-0874)
Brad S. Karp (BK-3702)
Claudia L. Hammerman (CH-9005)
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000

*Attorneys for Citigroup, Inc., Citibank, N.A., Citigroup Global Markets Inc., Citicorp North America, Inc., Citigroup Financial Products Inc., CXC LLC, Corporate Asset Funding Company, LLC, and Corporate Receivables Corporation, LLC*

/s/ Hugh M. McDonald
Hugh M. McDonald (HM-2667)
Marc E. Bennett (MB-9164)
Andrew Matheson (AM-6471)
Lisa J.P Kraidin (LK-3569)
Anna Taruschio (AT-6483)
ALLEN & OVERY LLP
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 610-6300

--and--

David H. Braff (DB-0761)
Michael T. Tomaino, Jr. (MT-6200)
Jeffrey T. Scott (JS-5014)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000

*Attorneys for Barclays PLC, Barclays Bank PLC, Barclays Capital Inc., Barclays Capital Securities Limited, Barclays Physical Trading Limited and Barclays Metals Limited*

/s/   Titia A. Holtz
Owen C. Pell (OP-0118)
Timothy S. Pfeifer (TP-6331)
Titia A. Holtz (TH-4379)
WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York 10036
Telephone:  (212) 819-8200

*Attorneys for Deutsche Bank AG, Deutsche Bank Trust Company Americas, Deutsche Bank Securities Inc., Deutsche Bank Luxembourg, S.A., Deutsche Bank Trust Company Delaware, Deutsche Bank Trust Corporation, Bankers Trust International plc, BT Commercial Corp., DB Green, Inc., Deutsche Leasing New York Corp., Seneca Delaware, Inc., Deutsche Bank S.A., BT Ever, Inc. and Seneca Leasing Partners, L.P.*

**EXHIBIT A**

```
UNITED STATES BANKRUPTCY COURT              For Publication
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────────
                                    :
In re:                              :       Chapter 11
                                    :
ENRON CORP., et al.,                :       Case No. 01-16034 (AJG)
                                    :       Confirmed Case
           Reorganized Debtors.     :
                                    :
───────────────────────────────────
                                    :
ENRON CORP., et al.,                :
                                    :
                                    :
                  Plaintiffs,       :
                                    :
                                    :
         v.                         :       Adv. Pro. No. 03-09266 A
                                    :
CITIGROUP, INC., et al.,            :
                                    :
                                    :
                  Defendants.       :
───────────────────────────────────
```

OPINION CONCERNING DETERMINATION
PURSUANT TO 28 U.S.C. § 157(b)(3)


SUSMAN GODFREY L.L.P.
Houston, Texas
Co-Counsel for Reorganized Debtors

        By:    Kenneth S. Marks, Esq.
                  Suyash Agrawal, Esq.
                      Of Counsel


TOGUT, SEGAL & SEGAL LLP
New York, New York
Co-Counsel for Reorganized Debtors

        By:    Richard K. Milin, Esq.
                  Neil Berger, Esq.

Document Excerpted to Reduce Bulk