| | | |
|---|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**SOUTHERN DISTRICT OF NEW YORK**<br>_____<br>**In re**<br>**ENRON CORP.,** *et al.*,<br>　　　　　　**Reorganized Debtors.**<br>_____ | x<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>x | **Chapter 11**<br>**Case No. 01-16034 (AJG)**<br><br>**Jointly administered** |

### STIPULATION

1.　　This Stipulation is between Enron Corp. and its affiliated debtors ("Enron") and the members of the Defendants' Committee established by the Court's June 20, 2005 order consolidating the litigation of insolvency-related issues.

2.　　Enron and the Defendants' Committee hereby stipulate and agree to the following:

3.　　Enron and the Defendants' Committee have worked co-operatively and met and conferred repeatedly over the past year to complete discovery according to the schedule set by the Court's June 20, 2005 Order. Enron and the Defendants' Committee have made substantial progress but agree that more time is needed to complete the litigation of insolvency related issues than is currently permitted by the Court's schedule.

4.　　Enron and the Defendants' Committee will jointly move the Court for an order amending the existing insolvency-related schedule as follows:

|  | Current Schedule per June 20, 2005 Order | Proposed Amended Schedule |
|---|---|---|
| **Completion of Fact Discovery** -- Written discovery must be served sufficiently in advance of the deadline so that the time to respond under the applicable rules falls within the deadline. | March 31, 2006 | December 1, 2006 |
| **Identification of Plaintiffs' Experts and Delivery of Opening Reports** -- Avoidance action plaintiffs must identify their expert witnesses and provide opening reports on insolvency in accordance with Rule 26(a)(2) of the Federal Rules of Civil Procedure, as adopted by Bankruptcy Rule 7026. | May 26, 2006 | December 22, 2006 |
| **Identification of 90-Day Preference Defendants' Experts and Delivery of Opening Reports** -- Defendants in ninety-day preference cases that seek to rebut the presumption of insolvency as established under Section 547(f) must identify their expert witnesses and provide opening expert reports in support of the said rebuttal and/or specifically identify the evidence upon which they rely to rebut the presumption of insolvency. | May 26, 2006 | December 22, 2006 |
| **Identification of Defendants' Experts and Delivery of Opening Reports** – Defendants who rely upon expert witnesses with respect to insolvency, other than those expert witnesses earlier identified and reports provided in connection with rebuttal of the presumption of insolvency (to be submitted by December 22, 2006), must identify their expert witnesses and provide reports as to insolvency in accordance with rule 26(a)(2) of the Federal Rules of Civil Procedure, as adopted by Bankruptcy Rule 702B. | NA | February 23, 2007 |
| **Identification of Rebuttal Witnesses and Submission of Rebuttal Expert Reports** – Plaintiffs shall identify rebuttal expert witnesses and submit rebuttal expert reports in accordance with Rule 26(a)(2) of the Federal Rules of Civil Procedure, as adopted by Bankruptcy Rule 7026. | July 31,2006 | March 23, 2007 |
| **Depositions commence of experts in coordinated insolvency proceeding on insolvency.** | NA | April 2, 2007 |
| **Contention interrogatories on insolvency in coordinated insolvency proceeding may not be** | NA | April 2, 2007 |

| | | |
|---|---|---|
| served beyond this date. | | |
| **Depositions of expert witnesses on insolvency in coordinated insolvency proceeding must be complete.** | NA | May 11, 2007 |
| **Responses to contention interrogatories on insolvency in coordinated insolvency proceeding must be submitted.** | NA | May 18, 2007 |
| **Submission of Proposals Regarding Form of Any Consolidated Trial(s) on Insolvency-Related Issues** | December 8, 2006 | June 8, 2007 |

5.  Enron and the Defendants Committee also stipulate and agree to move jointly to modify the provisions of Fed. R. Civ. P. 26(a)(2)(B) with respect to required disclosures concerning testifying experts on insolvency-related issues and to limit the scope of documents concerning such experts that will be subject to discovery in the consolidated insolvency litigation governed by the June 20, 2005 order consolidating insolvency-related issues and in accordance with the terms set forth in paragraphs 6 through 8 below.

6.  With respect to any person or entity who a party will or may call as a witness at trial to present evidence concerning insolvency-related issues under Rules 702, 703 or 705 of the Federal Rules of Evidence (an "Insolvency Expert"), the party shall produce in electronic format the following documents: (a) a complete statement of all opinions to be expressed by the Insolvency Expert and the basis and reasons therefore (the "Insolvency Expert Report"); (b) upon request, all data and other information on which the Insolvency Expert relied in forming the opinions reflected in the Insolvency Expert Report[1]; (c) any exhibits to be used as a summary of or support for the opinions reflected in the Insolvency Expert Report (to the extent such exhibits exist at the time the Insolvency Expert Report is produced); (d) a complete statement of the

---

[1] Cases, statutes, treatises and similarly publicly available literature need not be produced, but only identified in "Bluebook-style" citation form. All other documents produced pursuant to this paragraph shall be produced in .pdf format or such other native electronic format when .pdf format is not feasible.

qualifications of the Insolvency Expert, including a list of all publications authored by the Insolvency Expert within the preceding ten years; (e) a complete statement of the compensation paid or to be paid to the Insolvency Expert by the party sponsoring that Insolvency Expert in connection with his/her work in this matter and all invoices or other similar statements rendered by the Insolvency Expert in connection therewith; and (f) a listing of any other cases in litigation, or any administrative proceeding, in which the Insolvency Expert has served an expert report, or has testified as an expert at trial or by deposition, within the preceding four years. Each party shall also post a notice on the Court's Insolvency Docket of such production.

7. Notwithstanding anything to the contrary in Fed. R. Civ. P. 26(a)(2)(B) or case law, no documents or communications concerning Insolvency Experts, other than those described above, shall be subject to discovery. By way of example and not as a limitation, this includes drafts of Insolvency Expert Reports and documents constituting or reflecting communications (and such communications) between or among any of the following: (i) an Insolvency Expert and counsel to a party for whom the Insolvency Expert has offered opinions and/or any of that party's non-testifying consultants, (ii) Insolvency Experts who have offered opinions on behalf of parties who have a common interest privilege and/or joint defense agreement and counsel to such parties, or (iii) any Insolvency Experts who have offered opinions on behalf of a party and non-testifying consultants from Huron Consulting.

8. All of the documents required to be produced above shall be produced as soon as technically possible after the party produces the Insolvency Expert Report.

9. Enron and the Defendants' Committee will use their best efforts to file a joint motion requesting that these stipulated matters be so ordered by the Court in the consolidated insolvency litigation before September 1, 2006, depending on the Court's availability.

Dated: September 22, 2006

                        ENRON CORP., *et al.*
                        Reorganized Debtors,

                        By: s/James Southwick
                            James Southwick

                        On behalf of Defendants' Committee

                        By: s/Ronald Glick
                            Ronald Glick

So Ordered:

**s/Arthur J. Gonzalez**    9/22/2006
UNITED STATES BANKRUPTCY JUDGE

Solvency Discovery
Docket No. 55-55555
Service List

|  | Vendor/Defendant | Proceeding Number | Outside Counsel (Firm) |
|---|---|---|---|
| 1 | Brazos VPP Limited Partnership, Brazos VPP Trust - subject to section 28.2 Settlement in Plan | 03-93584 | Weil, Gotshal & Manges, LLP - New York, NY |
| 2 | Citigroup, Inc., et al. | 03-09266 | Togut, Segal & Segal, LLP, Venable, Squire, Sanders & Dempsey LLP, Susman Godfrey LLP |
| 3 | Silver Oak Capital LLC and AG Capital Recovery Partners III, LP | 03-93568 | Togut, Segal & Segal, LLP, Venable |
| 4 | UBS AG | 03-93373 | Togut, Segal & Segal, LLP, Venable |
| 5 | CSFB | 03-93371 | Togut, Segal & Segal, LLP, Venable |
| 6 | Mass Mutual, et al. | 03-92682 | Togut, Segal & Segal, LLP, Venable |
| 7 | J.P. Morgan, et al. | 03-92677 | Togut, Segal & Segal, LLP, Venable |
| 8 | Citigroup | 03-93611 | Togut, Segal & Segal, LLP, Squire, Sanders & Dempsey LLP |
| 9 | Rexel Southern Electrical Supply (formerly case # 03-93246) | 06-04455 | Togut, Segal & Segal, LLP |
| 10 | Barclays | 05-01105 | Togut, Segal & Segal, LLP |
| 11 | CSFB | 05-01074 | Togut, Segal & Segal, LLP |
| 12 | Toronto Dominion | 05-01061 | Togut, Segal & Segal, LLP |
| 13 | Fleet | 05-01029 | Togut, Segal & Segal, LLP |
| 14 | Merrill Lynch | 05-01026 | Togut, Segal & Segal, LLP |
| 15 | Citigroup | 05-01025 | Togut, Segal & Segal, LLP |
| 16 | Toronto Dominion | 05-01023 | Togut, Segal & Segal, LLP |
| 17 | Akin, Gump, Strauss, Hauer & Feld | 04-02895 | Togut, Segal & Segal, LLP |
| 18 | Panalpina, C.A. | 03-93579 | Togut, Segal & Segal, LLP |
| 19 | Lehr Construction Corp. | 03-93529 | Togut, Segal & Segal, LLP |
| 20 | Innovative Network Solutions | 03-93527 | Togut, Segal & Segal, LLP |
| 21 | Universal Project Management | 03-93522 | Togut, Segal & Segal, LLP |
| 22 | Foreman Electric Service Co., Inc. | 03-93521 | Togut, Segal & Segal, LLP |
| 23 | Sullivan & Cromwell | 03-93515 | Togut, Segal & Segal, LLP |
| 24 | Cummins Southern Plains, Inc. | 03-93514 | Togut, Segal & Segal, LLP |

Solvency Discovery
Docket No. 55-55555
Service List

|    | Vendor/Defendant | Proceeding Number | Outside Counsel (Firm) |
|----|---|---|---|
| 25 | Powell, Goldstein Frazer & Murphy L.L.P. | 03-93512 | Togut, Segal & Segal, LLP |
| 26 | Weir Intl Mining Consultants | 03-93510 | Togut, Segal & Segal, LLP |
| 27 | McKinney & Stringer | 03-93507 | Togut, Segal & Segal, LLP |
| 28 | McGrath & Company | 03-93505 | Togut, Segal & Segal, LLP |
| 29 | Mayer, Brown & Platt | 03-93503 | Togut, Segal & Segal, LLP |
| 30 | Optimus Solutions L.L.C. | 03-93502 | Togut, Segal & Segal, LLP |
| 31 | Crosby, Heafey, Roach & May | 03-93500 | Togut, Segal & Segal, LLP |
| 32 | Law Offices of Paul B. Meltzer | 03-93499 | Togut, Segal & Segal, LLP |
| 33 | Keith & Associates, Inc. | 03-93497 | Togut, Segal & Segal, LLP |
| 34 | Buchanan Ingersoll | 03-93495 | Togut, Segal & Segal, LLP |
| 35 | Continental Blower L.L.C | 03-93493 | Togut, Segal & Segal, LLP |
| 36 | Eric W. Tenhunfeld | 03-93492 | Togut, Segal & Segal, LLP |
| 37 | Brobeck, Phleger & Harrison LLP | 03-93491 | Togut, Segal & Segal, LLP |
| 38 | Economic Insight, Inc. | 03-93486 | Togut, Segal & Segal, LLP |
| 39 | Carrier Enterprises LLC | 03-93485 | Togut, Segal & Segal, LLP |
| 40 | Innovative Reporting & Video, Inc. | 03-93476 | Togut, Segal & Segal, LLP |
| 41 | Amec E&C Services, Inc. | 03-93470 | Togut, Segal & Segal, LLP |
| 42 | Alschuler Grossman Stein & Kahan | 03-93468 | Togut, Segal & Segal, LLP |
| 43 | Schiff Hardin & White | 03-93398 | Togut, Segal & Segal, LLP |
| 44 | Bear Stearns, et al. | 03-93388 | Togut, Segal & Segal, LLP |
| 45 | Industries 43 | 03-93378 | Togut, Segal & Segal, LLP |
| 46 | Honeywell Inc. | 03-93376 | Togut, Segal & Segal, LLP |
| 47 | International Finance | 03-93370 | Togut, Segal & Segal, LLP |
| 48 | Clark Reliance | 03-93357 | Togut, Segal & Segal, LLP |
| 49 | Brook Energy Services Inc. | 03-93353 | Togut, Segal & Segal, LLP |

Solvency Discovery
Docket No. 55-55555
Service List

|    | Vendor/Defendant | Proceeding Number | Outside Counsel (Firm) |
|----|------------------|-------------------|------------------------|
| 50 | W N Couch, Inc. | 03-93352 | Togut, Segal & Segal, LLP |
| 51 | Westinghouse Process Ctl. | 03-93351 | Togut, Segal & Segal, LLP |
| 52 | Bronco Construction | 03-93350 | Togut, Segal & Segal, LLP |
| 53 | British Construction Group Ltd. | 03-93345 | Togut, Segal & Segal, LLP |
| 54 | Walters Wholesale Electric Co. | 03-93344 | Togut, Segal & Segal, LLP |
| 55 | Wahlco Inc. | 03-93341 | Togut, Segal & Segal, LLP |
| 56 | Eden Bioscience Corp. | 03-93336 | Togut, Segal & Segal, LLP |
| 57 | Brackett Green USA Inc. | 03-93335 | Togut, Segal & Segal, LLP |
| 58 | VEI, Inc. | 03-93330 | Togut, Segal & Segal, LLP |
| 59 | Doughty Brothers Inc. | 03-93329 | Togut, Segal & Segal, LLP |
| 60 | Xtra Light Manufacturing Inc. | 03-93324 | Togut, Segal & Segal, LLP |
| 61 | Doolittle Erectors Inc. | 03-93323 | Togut, Segal & Segal, LLP |
| 62 | UOP | 03-93315 | Togut, Segal & Segal, LLP |
| 63 | Win Sam Valley View Center | 03-93314 | Togut, Segal & Segal, LLP |
| 64 | Dezurki/Copes-Vulcan . | 03-93313 | Togut, Segal & Segal, LLP |
| 65 | Berkel & Co. | 03-93312 | Togut, Segal & Segal, LLP |
| 66 | Unnico | 03-93311 | Togut, Segal & Segal, LLP |
| 67 | Delta Unibus Corporation . | 03-93310 | Togut, Segal & Segal, LLP |
| 68 | Beach Software | 03-93303 | Togut, Segal & Segal, LLP |
| 69 | Debner & Co. | 03-93301 | Togut, Segal & Segal, LLP |
| 70 | Dearborn Crane & Engineering . | 03-93297 | Togut, Segal & Segal, LLP |
| 71 | Unisorb | 03-93294 | Togut, Segal & Segal, LLP |
| 72 | Dea Construction Company . | 03-93293 | Togut, Segal & Segal, LLP |
| 73 | PB Energy Storage Services, Inc. f/k/a PB-KBB Inc. | 03-93292 | Togut, Segal & Segal, LLP |
| 74 | Industrial Communications | 03-93291 | Togut, Segal & Segal, LLP |

Solvency Discovery
Docket No. 55-55555
Service List

|    | Vendor/Defendant | Proceeding Number | Outside Counsel (Firm) |
|----|---|---|---|
| 75 | Unaflex | 03-93290 | Togut, Segal & Segal, LLP |
| 76 | Rockland County Solid Waste Authority | 03-93281 | Togut, Segal & Segal, LLP |
| 77 | Huntsman Corporation | 03-93274 | Togut, Segal & Segal, LLP |
| 78 | Tri-C Resources . | 03-93273 | Togut, Segal & Segal, LLP |
| 79 | Bank One | 03-93270 | Togut, Segal & Segal, LLP |
| 80 | Bank & Office Interiors | 03-93265 | Togut, Segal & Segal, LLP |
| 81 | Tranter Phe, Inc. | 03-93263 | Togut, Segal & Segal, LLP |
| 82 | Hood River Sand & Gravel | 03-93261 | Togut, Segal & Segal, LLP |
| 83 | Trane Company | 03-93259 | Togut, Segal & Segal, LLP |
| 84 | Rexel Summers | 03-93258 | Togut, Segal & Segal, LLP |
| 85 | Holtec International | 03-93255 | Togut, Segal & Segal, LLP |
| 86 | Cushing Demolition, Thomas B. . | 03-93254 | Togut, Segal & Segal, LLP |
| 87 | Avtec, Inc. | 03-93251 | Togut, Segal & Segal, LLP |
| 88 | Avca Corporation | 03-93242 | Togut, Segal & Segal, LLP |
| 89 | Thermal Engineering Int'l | 03-93239 | Togut, Segal & Segal, LLP |
| 90 | Hill Brothers . | 03-93234 | Togut, Segal & Segal, LLP |
| 91 | High Plains Septic Services | 03-93232 | Togut, Segal & Segal, LLP |
| 92 | Custom Playgrounds Designs . | 03-93228 | Togut, Segal & Segal, LLP |
| 93 | The Stoner Group | 03-93225 | Togut, Segal & Segal, LLP |
| 94 | Custom Metals | 03-93224 | Togut, Segal & Segal, LLP |
| 95 | The Stellar Group | 03-93222 | Togut, Segal & Segal, LLP |
| 96 | The Scruggs Company | 03-93221 | Togut, Segal & Segal, LLP |
| 97 | Curtiss-Wright Flow Control Service . | 03-93209 | Togut, Segal & Segal, LLP |
| 98 | Armstrong Trace | 03-93204 | Togut, Segal & Segal, LLP |
| 99 | TD International, LLC | 03-93201 | Togut, Segal & Segal, LLP |

Solvency Discovery
Docket No. 55-55555
Service List

| | Vendor/Defendant | Proceeding Number | Outside Counsel (Firm) |
|---|---|---|---|
| 100 | T Bailey, Inc. | 03-93198 | Togut, Segal & Segal, LLP |
| 101 | Hanson Concrete South Central | 03-93194 | Togut, Segal & Segal, LLP |
| 102 | Prospect Steel Co. | 03-93190 | Togut, Segal & Segal, LLP |
| 103 | Pro Mechanical Corp. | 03-93187 | Togut, Segal & Segal, LLP |
| 104 | Sycamore Networks. | 03-93186 | Togut, Segal & Segal, LLP |
| 105 | Sulzer Pumps (USA), Inc. | 03-93182 | Togut, Segal & Segal, LLP |
| 106 | Granite Construction Co.. | 03-93172 | Togut, Segal & Segal, LLP |
| 107 | Crestline Construction Co. LLC . | 03-93171 | Togut, Segal & Segal, LLP |
| 108 | Power Engineers, Inc. | 03-93166 | Togut, Segal & Segal, LLP |
| 109 | MMR Group, Inc. | 03-93165 | Togut, Segal & Segal, LLP |
| 110 | Corporate Express . | 03-93163 | Togut, Segal & Segal, LLP |
| 111 | Missouri Valley, Inc. | 03-93160 | Togut, Segal & Segal, LLP |
| 112 | Goulds Pumps, Inc. | 03-93158 | Togut, Segal & Segal, LLP |
| 113 | Aquatech International Corporation | 03-93157 | Togut, Segal & Segal, LLP |
| 114 | Powell Electronic, Inc. | 03-93156 | Togut, Segal & Segal, LLP |
| 115 | Aqualine Resources, Inc. | 03-93151 | Togut, Segal & Segal, LLP |
| 116 | Metropolitan Transit Authority | 03-93142 | Togut, Segal & Segal, LLP |
| 117 | PGA National Resort & Sap | 03-93140 | Togut, Segal & Segal, LLP |
| 118 | Methuen Construction Co., Inc. | 03-93137 | Togut, Segal & Segal, LLP |
| 119 | Memphis Fence Co., Inc. | 03-93134 | Togut, Segal & Segal, LLP |
| 120 | Anderson Water System Ltd. (Canadian Entity not Rochester, NY) | 03-93117 | Togut, Segal & Segal, LLP |
| 121 | Matrix Service Mid-Continent, Inc. | 03-93116 | Togut, Segal & Segal, LLP |
| 122 | Gattman Construction . | 03-93114 | Togut, Segal & Segal, LLP |
| 123 | Steel Service Corporation | 03-93113 | Togut, Segal & Segal, LLP |
| 124 | Maritime Health Services . | 03-93110 | Togut, Segal & Segal, LLP |

Solvency Discovery
Docket No. 55-55555
Service List

|  | Vendor/Defendant | Proceeding Number | Outside Counsel (Firm) |
|---|---|---|---|
| 125 | Gartner & Associates | 03-93108 | Togut, Segal & Segal, LLP |
| 126 | Pascor Atlantic | 03-93104 | Togut, Segal & Segal, LLP |
| 127 | American Skiing Co. | 03-93103 | Togut, Segal & Segal, LLP |
| 128 | Steadfast Bridges . | 03-93091 | Togut, Segal & Segal, LLP |
| 129 | American Express | 03-93090 | Togut, Segal & Segal, LLP |
| 130 | Parks Metal Fabricators, Inc. | 03-93088 | Togut, Segal & Segal, LLP |
| 131 | Columbus Machine | 03-93081 | Togut, Segal & Segal, LLP |
| 132 | Lighting Technology Services, Inc. | 03-93079 | Togut, Segal & Segal, LLP |
| 133 | Spalj Construction Company | 03-93077 | Togut, Segal & Segal, LLP |
| 134 | Foster Wheeler Limited . | 03-93072 | Togut, Segal & Segal, LLP |
| 135 | Southwest Performance Group Inc. | 03-93071 | Togut, Segal & Segal, LLP |
| 136 | Columbia Electric Supply | 03-93068 | Togut, Segal & Segal, LLP |
| 137 | All Crane of Georgia, Inc. | 03-93067 | Togut, Segal & Segal, LLP |
| 138 | Colonial Electric Supply Co., Inc. | 03-93062 | Togut, Segal & Segal, LLP |
| 139 | FNB Factors . | 03-93061 | Togut, Segal & Segal, LLP |
| 140 | Owens Construction Services | 03-93059 | Togut, Segal & Segal, LLP |
| 141 | Outlaw Brothers | 03-93053 | Togut, Segal & Segal, LLP |
| 142 | Lampson International Ltd. | 03-93052 | Togut, Segal & Segal, LLP |
| 143 | Cogenix | 03-93049 | Togut, Segal & Segal, LLP |
| 144 | Labov Mechanical, Inc. | 03-93047 | Togut, Segal & Segal, LLP |
| 145 | Onyx Industrial | 03-93046 | Togut, Segal & Segal, LLP |
| 146 | Smith Pump Company Inc. | 03-93039 | Togut, Segal & Segal, LLP |
| 147 | Kvb-Enertec | 03-93038 | Togut, Segal & Segal, LLP |
| 148 | Air Pollution Testing Inc. | 03-93036 | Togut, Segal & Segal, LLP |
| 149 | Kimery Painting, Inc. | 03-93031 | Togut, Segal & Segal, LLP |

Solvency Discovery
Docket No. 55-55555
Service List

| # | Vendor/Defendant | Proceeding Number | Outside Counsel (Firm) |
|---|---|---|---|
| 150 | Esco | 03-93030 | Togut, Segal & Segal, LLP |
| 151 | Engineered Process Systems Inc. . | 03-93013 | Togut, Segal & Segal, LLP |
| 152 | Enertech | 03-93007 | Togut, Segal & Segal, LLP |
| 153 | Energy Investments . | 03-92995 | Togut, Segal & Segal, LLP |
| 154 | Jim Riley Excavating | 03-92994 | Togut, Segal & Segal, LLP |
| 155 | ADR Consulting Inc. | 03-92992 | Togut, Segal & Segal, LLP |
| 156 | Energy Concepts & Solutions . | 03-92991 | Togut, Segal & Segal, LLP |
| 157 | Northeastern Mechanical, Inc. | 03-92984 | Togut, Segal & Segal, LLP |
| 158 | Scudder Publishing Group | 03-92983 | Togut, Segal & Segal, LLP |
| 159 | JE Merit Constructors, Inc. | 03-92982 | Togut, Segal & Segal, LLP |
| 160 | Action Communications Inc. | 03-92980 | Togut, Segal & Segal, LLP |
| 161 | Schoonover Electric Co., Inc. | 03-92977 | Togut, Segal & Segal, LLP |
| 162 | North Coast Electric Company | 03-92975 | Togut, Segal & Segal, LLP |
| 163 | Chamco Industries Ltd. | 03-92974 | Togut, Segal & Segal, LLP |
| 164 | Jacobs Engineering Groups, Inc. | 03-92971 | Togut, Segal & Segal, LLP |
| 165 | Central Pipe Supply, Inc. | 03-92969 | Togut, Segal & Segal, LLP |
| 166 | Elliott Co. | 03-92962 | Togut, Segal & Segal, LLP |
| 167 | J H Kelly L.L.C. | 03-92961 | Togut, Segal & Segal, LLP |
| 168 | ABC Electric | 03-92958 | Togut, Segal & Segal, LLP |
| 169 | CB Engineering Pacific, Inc. | 03-92954 | Togut, Segal & Segal, LLP |
| 170 | ABB Power T&D Co., Inc. | 03-92953 | Togut, Segal & Segal, LLP |
| 171 | Neptune Chemical Pump Co. | 03-92952 | Togut, Segal & Segal, LLP |
| 172 | ABB Automation Inc. | 03-92946 | Togut, Segal & Segal, LLP |
| 173 | Sales Focus Inc. | 03-92941 | Togut, Segal & Segal, LLP |
| 174 | Insulations, Inc. | 03-92939 | Togut, Segal & Segal, LLP |

Solvency Discovery
Docket No. 55-55555
Service List

|  | Vendor/Defendant | Proceeding Number | Outside Counsel (Firm) |
|---|---|---|---|
| 175 | Instrumentation & Electrical | 03-92935 | Togut, Segal & Segal, LLP |
| 176 | National Energy Services | 03-92927 | Togut, Segal & Segal, LLP |
| 177 | AT&T | 03-92890 | Togut, Segal & Segal, LLP |
| 178 | Dimension Data | 03-92884 | Togut, Segal & Segal, LLP |
| 179 | The Newman Group | 03-92880 | Togut, Segal & Segal, LLP |
| 180 | Sigma Internet, Inc. | 03-92868 | Togut, Segal & Segal, LLP |
| 181 | Constructora Hermanos Furlanetto CA. | 03-92857 | Togut, Segal & Segal, LLP |
| 182 | Netscreen Technologies Inc. | 03-92856 | Togut, Segal & Segal, LLP |
| 183 | Varsity Contractors | 03-92849 | Togut, Segal & Segal, LLP |
| 184 | Computer Media Technologies | 03-92848 | Togut, Segal & Segal, LLP |
| 185 | Unicco Services, Co. | 03-92839 | Togut, Segal & Segal, LLP |
| 186 | Piedmont Maintenance & Services | 03-92838 | Togut, Segal & Segal, LLP |
| 187 | Petrotech Inc. | 03-92836 | Togut, Segal & Segal, LLP |
| 188 | Transportation World Wide, Inc. | 03-92830 | Togut, Segal & Segal, LLP |
| 189 | MPR Associates, Inc. | 03-92828 | Togut, Segal & Segal, LLP |
| 190 | Thrupoint, Inc. | 03-92826 | Togut, Segal & Segal, LLP |
| 191 | Central Parking Systems | 03-92817 | Togut, Segal & Segal, LLP |
| 192 | Komp Horticultural Services, Inc. | 03-92814 | Togut, Segal & Segal, LLP |
| 193 | Fluoresco Lighting & Signs | 03-92803 | Togut, Segal & Segal, LLP |
| 194 | Cal-Air Inc. | 03-92802 | Togut, Segal & Segal, LLP |
| 195 | PB Power Inc. | 03-92797 | Togut, Segal & Segal, LLP |
| 196 | The Andre Group, Inc. | 03-92796 | Togut, Segal & Segal, LLP |
| 197 | McLean Cargo Specialists, Inc. | 03-92795 | Togut, Segal & Segal, LLP |
| 198 | Energy Controls & Concepts | 03-92794 | Togut, Segal & Segal, LLP |
| 199 | Panalpina Inc. | 03-92792 | Togut, Segal & Segal, LLP |

Solvency Discovery
Docket No. 55-55555
Service List

|   | Vendor/Defendant | Proceeding Number | Outside Counsel (Firm) |
|---|---|---|---|
| 200 | Block Electric Co. | 03-92789 | Togut, Segal & Segal, LLP |
| 201 | Brown, Williams, Moorehead & Quinn | 03-92776 | Togut, Segal & Segal, LLP |
| 202 | Stillian Electric, Inc. | 03-92775 | Togut, Segal & Segal, LLP |
| 203 | Stancil and Co. | 03-92768 | Togut, Segal & Segal, LLP |
| 204 | SPL Integrated Solutions | 03-92767 | Togut, Segal & Segal, LLP |
| 205 | Air Quality Management Services | 03-92766 | Togut, Segal & Segal, LLP |
| 206 | Spectrum Lighting Tech, Inc. | 03-92765 | Togut, Segal & Segal, LLP |
| 207 | Skinner Tank Company | 03-92764 | Togut, Segal & Segal, LLP |
| 208 | Williamson & Associates, Inc. | 03-92763 | Togut, Segal & Segal, LLP |
| 209 | William Trane | 03-92759 | Togut, Segal & Segal, LLP |
| 210 | Onyx Industrial Services, Inc. | 03-92756 | Togut, Segal & Segal, LLP |
| 211 | Wetland Resources | 03-92755 | Togut, Segal & Segal, LLP |
| 212 | Watley Seed Company | 03-92747 | Togut, Segal & Segal, LLP |
| 213 | G.B. Boots Smith Corp. | 03-92734 | Togut, Segal & Segal, LLP |
| 214 | Aztec Facility Services, Inc. | 03-92733 | Togut, Segal & Segal, LLP |
| 215 | Flender Graffenstaden | 03-92726 | Togut, Segal & Segal, LLP |
| 216 | Federal Express | 03-92720 | Togut, Segal & Segal, LLP |
| 217 | Alter Asset Management Inc. | 03-92718 | Togut, Segal & Segal, LLP |
| 218 | Enform Technology | 03-92710 | Togut, Segal & Segal, LLP |
| 219 | J.P. Morgan, et al. | 03-92701 | Togut, Segal & Segal, LLP |
| 220 | Westdeutsche Landesbank Girozentrale | 03-92698 | Togut, Segal & Segal, LLP |
| 221 | Berger Iron Works, Inc. | 03-92654 | Togut, Segal & Segal, LLP |
| 222 | H. Mitchell Harper | 03-92651 | Togut, Segal & Segal, LLP |
| 223 | Choicel Energy Incorporated | 03-92646 | Togut, Segal & Segal, LLP |
| 224 | U1 Consulting Group, Inc. | 03-92594 | Togut, Segal & Segal, LLP |

Solvency Discovery
Docket No. 55-55555
Service List

|   | Vendor/Defendant | Proceeding Number | Outside Counsel (Firm) |
|---|---|---|---|
| 225 | Trillant Corporation | 03-92590 | Togut, Segal & Segal, LLP |
| 226 | Nova-Link Limited | 03-92586 | Togut, Segal & Segal, LLP |
| 227 | Hartford Steam Boiler Inspection & Insurance Company of Connecticut | 03-92583 | Togut, Segal & Segal, LLP |
| 228 | Turner Bros. Trucking Inc. | 03-92571 | Togut, Segal & Segal, LLP |
| 229 | Transamerica | 03-92569 | Togut, Segal & Segal, LLP |
| 230 | Port of Houston Authority | 03-92511 | Togut, Segal & Segal, LLP |
| 231 | SBC Datacomm | 03-92488 | Togut, Segal & Segal, LLP |
| 232 | Ronald Franks Construction | 03-92482 | Togut, Segal & Segal, LLP |
| 233 | Zaramella & Pavan Construction Co. | 03-92481 | Togut, Segal & Segal, LLP |
| 234 | Midwest Energy Inc. | 03-92469 | Togut, Segal & Segal, LLP |
| 235 | MS Legal Search L.L.C. | 03-92465 | Togut, Segal & Segal, LLP |
| 236 | IA Naman & Associates | 03-92423 | Togut, Segal & Segal, LLP |
| 237 | Syntegra USA, Inc. | 03-92422 | Togut, Segal & Segal, LLP |
| 238 | Britain Electric Corporation | 03-92406 | Togut, Segal & Segal, LLP |
| 239 | Greenwich Technology Partners | 03-92389 | Togut, Segal & Segal, LLP |
| 240 | Luminaire Services, Inc. | 03-92366 | Togut, Segal & Segal, LLP |
| 241 | Management Resources, Inc. | 03-92360 | Togut, Segal & Segal, LLP |
| 242 | Instrumentation Combustion Controls, Inc. | 03-92354 | Togut, Segal & Segal, LLP |
| 243 | Intertrust Technologies Corp. | 03-92335 | Togut, Segal & Segal, LLP |
| 244 | Red Man Pipe & Supply Co. | 03-91612 | Togut, Segal & Segal, LLP |
| 245 | Pat Tank Inc. | 03-91600 | Togut, Segal & Segal, LLP |
| 246 | Patterson & Associates | 03-91586 | Togut, Segal & Segal, LLP |
| 247 | John Burns Construction Company | 03-91558 | Togut, Segal & Segal, LLP |
| 248 | Tatum CFO Partners L.L.P. | 03-91551 | Togut, Segal & Segal, LLP |
| 249 | Petroleum Argus Ltd. | 03-91545 | Togut, Segal & Segal, LLP |

Solvency Discovery
Docket No. 55-55555
Service List

|  | Vendor/Defendant | Proceeding Number | Outside Counsel (Firm) |
|---|---|---|---|
| 250 | Insight Telecommunications, L.L.C. | 03-91506 | Togut, Segal & Segal, LLP |
| 251 | The Alexander Group Inc and The Alexander Strategy Group Inc. | 03-91490 | Togut, Segal & Segal, LLP |
| 252 | Teleplexus Inc. | 03-91482 | Togut, Segal & Segal, LLP |
| 253 | Fern Engineering | 03-91434 | Togut, Segal & Segal, LLP |
| 254 | AC Energy Systems Inc. | 03-91430 | Togut, Segal & Segal, LLP |
| 255 | Dorado Software, Inc. | 03-91407 | Togut, Segal & Segal, LLP |
| 256 | Epic Systems Corporation | 03-91384 | Togut, Segal & Segal, LLP |
| 257 | Fritz Companies, Inc. | 03-91359 | Togut, Segal & Segal, LLP |
| 258 | Future Com Ltd. | 03-91335 | Togut, Segal & Segal, LLP |
| 259 | Spirent Communications | 03-91313 | Togut, Segal & Segal, LLP |
| 260 | Yorktown Communications L.L.C. | 03-91307 | Togut, Segal & Segal, LLP |
| 261 | Jefferson Associates, Inc. | 03-08908 | Togut, Segal & Segal, LLP |
| 262 | Pritchett Rummler-Brache, Inc. | 03-08903 | Togut, Segal & Segal, LLP |
| 263 | LAI Construction Services, Inc. | 03-08893 | Togut, Segal & Segal, LLP |
| 264 | Diamond Cluster Intl. Inc. | 03-08892 | Togut, Segal & Segal, LLP |
| 265 | Ensr Consulting & Engineering | 03-08887 | Togut, Segal & Segal, LLP |
| 266 | Yantra Corporation | 03-08879 | Togut, Segal & Segal, LLP |
| 267 | Verizon Communications, Inc. | 03-08876 | Togut, Segal & Segal, LLP |
| 268 | Techniques, Inc. | 03-08875 | Togut, Segal & Segal, LLP |
| 269 | Southeastern Electric Inc. | 03-08870 | Togut, Segal & Segal, LLP |
| 270 | Quiri | 03-06949 | Togut, Segal & Segal, LLP |
| 271 | O & M Industries | 03-06295 | Togut, Segal & Segal, LLP |
| 272 | Envirocleanse Systems, Inc. | 03-06292 | Togut, Segal & Segal, LLP |
| 273 | Climatec | 03-06290 | Togut, Segal & Segal, LLP |
| 274 | Technical Solutions & Services | 03-06289 | Togut, Segal & Segal, LLP |

Solvency Discovery
Docket No. 55-55555
Service List

|   | Vendor/Defendant | Proceeding Number | Outside Counsel (Firm) |
|---|---|---|---|
| 275 | Action Electric Co Inc. | 03-06265 | Togut, Segal & Segal, LLP |
| 276 | Advantage Energy Group Inc. | 03-06264 | Togut, Segal & Segal, LLP |
| 277 | Uniloy Milacon, Inc. | 03-06256 | Togut, Segal & Segal, LLP |
| 278 | Varo Engineers, Limited | 03-06255 | Togut, Segal & Segal, LLP |
| 279 | A T Kearny | 03-04583 | Togut, Segal & Segal, LLP |
| 280 | Marconi Communications | 03-04575 | Togut, Segal & Segal, LLP |
| 281 | RICHARD P. BERGSIEKER | 03-93635 | Milbank, Tweed, Hadley & McCloy LLP |
| 282 | TIMOTHY N. BELDEN | 03-93633 | Milbank, Tweed, Hadley & McCloy LLP |
| 283 | ROBERT H. BUTTS | 03-93632 | Milbank, Tweed, Hadley & McCloy LLP |
| 284 | JAY L. FITZGERALD | 03-93631 | Milbank, Tweed, Hadley & McCloy LLP |
| 285 | REBECCA C. CARTER | 03-93630 | Milbank, Tweed, Hadley & McCloy LLP |
| 286 | RICHARD G. DIMICHELE | 03-93629 | Milbank, Tweed, Hadley & McCloy LLP |
| 287 | RODNEY GRAY | 03-93626 | Milbank, Tweed, Hadley & McCloy LLP |
| 288 | CAROL WHALEN, EXECUTRIX OF THE ESTATE OF JOHN C. BAXTER | 03-93624 | Milbank, Tweed, Hadley & McCloy LLP |
| 289 | MICHAEL J. KOPPER | 03-93623 | Milbank, Tweed, Hadley & McCloy LLP |
| 290 | BEN F. GLISAN, JR. | 03-93621 | Milbank, Tweed, Hadley & McCloy LLP |
| 291 | JAMES M. BANNANTINE | 03-93620 | Milbank, Tweed, Hadley & McCloy LLP |
| 292 | ROBERT J. HERMANN | 03-93619 | Milbank, Tweed, Hadley & McCloy LLP |
| 293 | JOSEPH G. KISHKILL | 03-93618 | Milbank, Tweed, Hadley & McCloy LLP |
| 294 | AMANDA K. MARTIN | 03-93617 | Milbank, Tweed, Hadley & McCloy LLP |
| 295 | MARK E. KOENIG | 03-93616 | Milbank, Tweed, Hadley & McCloy LLP |
| 296 | TERENCE H. THORN | 03-93615 | Milbank, Tweed, Hadley & McCloy LLP |
| 297 | JEFFREY K. SKILLING | 03-93614 | Milbank, Tweed, Hadley & McCloy LLP |
| 298 | RICHARD A. CAUSEY | 03-93613 | Milbank, Tweed, Hadley & McCloy LLP |
| 299 | THOMAS E. WHITE, JR. | 03-93612 | Milbank, Tweed, Hadley & McCloy LLP |

Solvency Discovery
Docket No. 55-55555
Service List

|     | Vendor/Defendant | Proceeding Number | Outside Counsel (Firm) |
| --- | --- | --- | --- |
| 300 | ANDREW S. FASTOW | 03-93610 | Milbank, Tweed, Hadley & McCloy LLP |
| 301 | JAMES B. FALLON | 03-93609 | Milbank, Tweed, Hadley & McCloy LLP |
| 302 | DAVID W. DELAINEY | 03-93607 | Milbank, Tweed, Hadley & McCloy LLP |
| 303 | REBECCA P. MARK | 03-93605 | Milbank, Tweed, Hadley & McCloy LLP |
| 304 | LOU L. PAI | 03-93604 | Milbank, Tweed, Hadley & McCloy LLP |
| 305 | JEFFREY MCMAHON | 03-93601 | Milbank, Tweed, Hadley & McCloy LLP |
| 306 | KENNETH D. RICE | 03-93598 | Milbank, Tweed, Hadley & McCloy LLP |
| 307 | IBM Corp. | 03-93525 | Milbank, Tweed, Hadley & McCloy LLP |
| 308 | Dell Receivables, L.P. | 03-93496 | Milbank, Tweed, Hadley & McCloy LLP |
| 309 | Bloomberg L.P. | 03-93479 | Milbank, Tweed, Hadley & McCloy LLP |
| 310 | Accenture LLP | 03-93466 | Milbank, Tweed, Hadley & McCloy LLP |
| 311 | Rosewood Contracting Corp./AFC | 03-93381 | Milbank, Tweed, Hadley & McCloy LLP |
| 312 | Virginia Transformer Corp. | 03-93337 | Milbank, Tweed, Hadley & McCloy LLP |
| 313 | Tellepsen Corp. | 03-93205 | Milbank, Tweed, Hadley & McCloy LLP |
| 314 | Control Building Services | 03-93147 | Milbank, Tweed, Hadley & McCloy LLP |
| 315 | Alfa Laval | 03-93057 | Milbank, Tweed, Hadley & McCloy LLP |
| 316 | James Construction Group, L.L.C. | 03-92976 | Milbank, Tweed, Hadley & McCloy LLP |
| 317 | Reuters America, Inc. | 03-92899 | Milbank, Tweed, Hadley & McCloy LLP |
| 318 | Nooter Ericksen Inc. | 03-92873 | Milbank, Tweed, Hadley & McCloy LLP |
| 319 | Besix-Kier Dabhol S.A., fka Besix Dabhol | 03-92784 | Milbank, Tweed, Hadley & McCloy LLP |
| 320 | Kvaerner Construction International Limited d/b/a Skanska Cementation International Ltd | 03-92745 | Milbank, Tweed, Hadley & McCloy LLP |
| 321 | Avaya, Inc. | 03-92731 | Milbank, Tweed, Hadley & McCloy LLP |
| 322 | American Cast Iron Pipe Co. | 03-92719 | Milbank, Tweed, Hadley & McCloy LLP |
| 323 | M.A. Mortenson Co. | 03-92647 | Milbank, Tweed, Hadley & McCloy LLP |
| 324 | Turbine Technology Services | 03-92574 | Milbank, Tweed, Hadley & McCloy LLP |

Solvency Discovery
Docket No. 55-55555
Service List

| | Vendor/Defendant | Proceeding Number | Outside Counsel (Firm) |
|---|---|---|---|
| 325 | Specialized Banking Furniture, Inc. | 03-92417 | Milbank, Tweed, Hadley & McCloy LLP |
| 326 | Dell Marketing L.P. | 03-91130 | Milbank, Tweed, Hadley & McCloy LLP |
| 327 | Sun Microsystems | 03-08899 | Milbank, Tweed, Hadley & McCloy LLP |
| 328 | Paharpur Cooling Towers Limited | 03-04584 | Milbank, Tweed, Hadley & McCloy LLP |
| 329 | KENNETH L. LAY AND LINDA P. LAY | 03-02075 | Milbank, Tweed, Hadley & McCloy LLP |
| 330 | Timothy N. Belden, | 04-02492 | Kronish Lieb Weiner & Hellman LLP |
| 331 | Michael J. Swerzbin, | 04-02487 | Kronish Lieb Weiner & Hellman LLP |
| 332 | Stuart W. Staley, | 04-02485 | Kronish Lieb Weiner & Hellman LLP |
| 333 | James E. Schwieger, | 04-02484 | Kronish Lieb Weiner & Hellman LLP |
| 334 | Cindy K. Olson, | 04-02481 | Kronish Lieb Weiner & Hellman LLP |
| 335 | Gay Mayeux, | 04-02477 | Kronish Lieb Weiner & Hellman LLP |
| 336 | R. Davis Maxey, | 04-02476 | Kronish Lieb Weiner & Hellman LLP |
| 337 | Mark A. Frevert, | 04-02471 | Kronish Lieb Weiner & Hellman LLP |
| 338 | Michelle H. Cash, | 04-02469 | Kronish Lieb Weiner & Hellman LLP |
| 339 | Richard B. Buy, | 04-02468 | Kronish Lieb Weiner & Hellman LLP |
| 340 | Philip J. Bazelides, | 04-02464 | Kronish Lieb Weiner & Hellman LLP |
| 341 | L. Diane Bazelides, | 04-02463 | Kronish Lieb Weiner & Hellman LLP |
| 342 | Estate of John C. Baxter, | 04-02462 | Kronish Lieb Weiner & Hellman LLP |
| 343 | Stuart Rexrode, | 04-02388 | Kronish Lieb Weiner & Hellman LLP |
| 344 | Thomas A. Martin, | 04-02383 | Kronish Lieb Weiner & Hellman LLP |
| 345 | AMEREN SERVICES CO., UNION ELECTRIC CO., AMEREN ENERGY GENERATING CO., AND CENTRAL ILLINOIS PUBLIC SERVICE CO. | 03-93405 | Cadwalader, Wickersham & Taft, LLP - NY |