**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

———————————————————— x
:
**In re** :   **Chapter 11**
:   **Case No. 01-16034 (AJG)**
**ENRON CORP.**, *et al.*, :
:   **Jointly administered**
:
   **Reorganized Debtors.** :
———————————————————— x
:
**ENRON CORP.; ENRON NORTH** :
**AMERICA CORP.; ENRON NATURAL** :
**GAS MARKETING CORP.; ENRON** :
**BROADBAND SERVICES, INC.; ENRON** :
**ENERGY SERVICES, INC.; EES SERVICE** :
**HOLDINGS, INC.; ENRON** :
**INTERNATIONAL, INC.; ENRON** :
**ENERGY SERVICES OPERATIONS,** :
**INC.; ECT MERCHANT INVESTMENTS** :
**CORP.; ENRON POWER MARKETING,** :
**INC.; and ATLANTIC COMMERCIAL** :
**FINANCE, INC.,** :
:
   **Plaintiffs,** :
:
     v. :
:   **Adversary Proceeding**
**CITIGROUP INC.; CITIBANK, N.A.;** :   **No. 03-09266 (AJG)**
**CITIGROUP GLOBAL MARKETS, INC.;** :
**CITICORP NORTH AMERICA, INC.;** :
**DELTA ENERGY CORPORATION;** :
**CITIGROUP FINANCIAL PRODUCTS,** :
**INC.; CXC LLC; CORPORATE ASSET** :
**FUNDING COMPANY, LLC;** :
**CORPORATE RECEIVABLES** :
**CORPORATION, LLC; CITIGROUP** :
**GLOBAL MARKETS LTD.; LONG LANE** :
**MASTER TRUST IV; J.P. MORGAN** :
**CHASE & CO.; J.P. MORGAN CHASE** :
**BANK (FORMERLY CHASE** :
**MANHATTAN BANK); MAHONIA** :
**LIMITED; MAHONIA NATURAL GAS** :
**LIMITED; STONEVILLE AEGEAN** :
**LIMITED; JP MORGAN SECURITIES** :
**INC.; BARCLAYS PLC; BARCLAYS**


**INC.; BARCLAYS PLC; BARCLAYS BANK PLC; COLONNADE LIMITED; BARCLAYS CAPITAL SECURITIES LIMITED; BARCLAYS CAPITAL, INC.; BARCLAYS PHYSICAL TRADING LIMITED (FORMERLY BARCLAYS METALS (HOLDINGS) LIMITED); BARCLAYS METALS LIMITED; DEUTSCHE BANK AG; DEUTSCHE BANK TRUST COMPANY AMERICAS; DEUTSCHE BANK SECURITIES INC.; DEUTSCHE BANK LUXEMBOURG S.A.; DEUTSCHE BANK TRUST COMPANY DELAWARE; DEUTSCHE BANK TRUST CORPORATION; BANKERS TRUST INTERNATIONAL PLC; BT COMMERCIAL CORP.; DB GREEN, INC.; DEUTSCHE LEASING NEW YORK CORP.; SENECA DELAWARE, INC.; DEUTSCHE BANK, S.A.; BT EVER, INC.; SENECA LEASING PARTNERS, L.P.; CANADIAN IMPERIAL BANK OF COMMERCE; CIBC WORLD MARKETS CORP.; CIBC CAPITAL CORPORATION; CIBC WORLD MARKETS PLC; CIBC, INC.; MERRILL LYNCH & CO., INC.; MERRILL LYNCH, PIERCE, FENNER & SMITH INC.; MERRILL LYNCH CAPITAL SERVICES, INC.; CREDIT SUISSE FIRST BOSTON, INC.; CREDIT SUISSE FIRST BOSTON (USA), INC.; CREDIT SUISSE FIRST BOSTON LLC; CREDIT SUISSE FIRST BOSTON INTERNATIONAL; CREDIT SUISSE FIRST BOSTON (USA) INTERNATIONAL, INC.; CREDIT SUISSE FIRST BOSTON; PERSHING LLC; DLJ CAPITAL FUNDING, INC.; DLJ FUND INVESTMENT PARTNERS III, L.P.; ERNB LTD.; MERCHANT CAPITAL, INC.; THE TORONTO-DOMINION BANK; TORONTO DOMINION (TEXAS), INC.; TD SECURITIES (USA) LLC; THE ROYAL BANK OF SCOTLAND PLC; THE ROYAL BANK OF SCOTLAND** :

| | |
|---|---|
| **INTERNATIONAL LIMITED; THE FINANCIAL TRADING COMPANY LIMITED; SIDERIVER INVESTMENTS LIMITED; NATIONAL WESTMINSTER BANK PLC; CAMPSIE LTD.; COUTTS (CAYMAN) LIMITED; ROYAL BANK OF CANADA; ROYAL BANK HOLDING INC.; RBC DOMINION SECURITIES INC.; RBC DOMINION SECURITIES LIMITED; RBC HOLDINGS (USA) INC.; RBC CAPITAL MARKETS CORPORATION; SUNDANCE INDUSTRIAL PARTNERS L.P.; CAYMUS TRUST; JGB TRUST; SPHINX TRUST; PYRAMID I ASSET, L.L.C.; NIGHTHAWK INVESTORS L.L.C.; WHITEWING ASSOCIATES L.P.; NAHANNI INVESTORS L.L.C.; MARENGO, L.P.; KLONDIKE RIVER ASSETS, L.L.C.; YOSEMITE SECURITIES TRUST I; YOSEMITE SECURITIES COMPANY, LTD.; YUKON RIVER ASSETS L.L.C.; ENRON CREDIT LINKED NOTES TRUST; ENRON CREDIT LINKED NOTES TRUST II; ENRON STERLING CREDIT LINKED NOTES TRUST; ENRON EURO CREDIT LINKED NOTES TRUST; THE BANK OF NEW YORK, INDENTURE TRUSTEE AND COLLATERAL AGENT; BESSON TRUST; STATE STREET BANK AND TRUST CO.; STATE STREET BANK AND TRUST CO. OF CONNECTICUT, N.A.; RELIANCE TRUST COMPANY, TRUSTEE;  FLEETBOSTON FINANCIAL CORP.; and FLEET NATIONAL BANK,** | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |
| Defendants. | :<br>: x |

## AMENDED SCHEDULING ORDER

To accommodate needed modifications to the schedule in the consolidated insolvency proceeding, which includes this adversary proceeding to the extent of its insolvency issues, Plaintiffs and defendants Citigroup Inc. and its affiliates and Deutsche Bank AG and its affiliates consented to a modification of the deadlines in the Scheduling Order entered on April 20, 2004, as amended (the "Scheduling Order". The requested modifications were opposed by the Yosemite/Credit Linked Trusts and The Bank of New York, as Indenture Trustee for the Yosemite/Credit Linked Trusts. The Court received written submissions of the parties and heard the argument of counsel on December 21, 2006. After considering the same, the Court finds that the requested modifications of the Scheduling Order are meritorious and are, therefore, GRANTED.

Accordingly, it is ORDERED that the Scheduling Order is amended as follows:

1. Expert discovery must be completed as follows:

    | | |
    |---|---|
    | Parties asserting affirmative claims (plaintiffs, third-party plaintiffs, and defendants with counterclaims) must identify their expert witnesses and submit expert reports on all issues other than damages and insolvency, with the expert reports to be in accordance with Rule 26(a)(2) of the Federal Rules of Civil Procedure, as adopted by Bankruptcy Rule 7026, by | November 1, 2006 |
    | Parties defending affirmative claims (defendants, third-party defendants, and counterclaim defendants) must identify their expert witnesses and submit expert reports on all issues other than damages and insolvency, | |

| | |
|---|---|
| with the expert reports to be in accordance with Rule 26(a)(2) of the Federal Rules of Civil Procedure, as adopted by Bankruptcy Rule 7026, by | April 6, 2007 |
| Parties asserting affirmative claims (plaintiffs, third-party plaintiffs, and defendants with counterclaims) must identify their expert witnesses and submit expert reports on damages, with the expert reports to be in accordance with Rule 26(a)(2) of the Federal Rules of Civil Procedure, as adopted by Bankruptcy Rule 7026, by | April 6, 2007 |
| Parties asserting affirmative claims must identify rebuttal expert witnesses and submit expert reports on all issues other than damages and insolvency, with the expert reports to be in accordance with Rule 26(a)(2) of the Federal Rules of Civil Procedure, as adopted by Bankruptcy Rule 7026, by | May 18, 2007 |
| Depositions of expert witnesses on all issues other than damages and insolvency may commence on | May 28, 2007 |
| Parties defending affirmative claims (defendants, third-party defendants, and counterclaim defendants) must identify their expert witnesses and submit expert reports on damages, with the expert reports to be in accordance with Rule 26(a)(2) of the Federal Rules of Civil Procedure, as adopted by Bankruptcy Rule 7026, by | June 8, 2007 |
| Parties asserting affirmative claims (plaintiffs, third-party plaintiffs, and defendants with counterclaims) must identify their rebuttal expert witnesses and submit expert reports on damages, with the expert reports to be in accordance with Rule 26(a)(2) of the Federal Rules of Civil Procedure, as adopted by Bankruptcy Rule 7026 by | July 9, 2007 |

|   | Depositions of expert witnesses on damages may commence on | July 23, 2007 |
|---|---|---|
|   | All expert discovery must be complete by | August 31, 2007 |
| 2. | Dispositive motions must be filed by | September 28, 2007 |
|   | Oppositions to dispositive motions must be filed with 45 days of service of the motion. Replies must be filed within 30 days of service of the opposition papers. |   |
| 3. | Joint pretrial order must be filed by | December 21, 2007 |
| 4. | Trial is set for | January 14, 2008 |

SIGNED this 21st day of December, 2006

                                               **s/Arthur J. Gonzalez**
                                               Honorable Arthur J. Gonzalez
                                               United States Bankruptcy Judge