UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| | Case No. 01-16034 (AJG) |
| ENRON CORP., et al., | |
| | Jointly administered |
| Debtors. | |

| | |
|---|---|
| ENRON CORP.; ENRON NORTH AMERICA CORP.; ENRON NATURAL GAS MARKETING CORP.; ENRON BROADBAND SERVICES, INC.; ENRON ENERGY SERVICES, INC.; ENRON DEVELOPMENT FUNDING, LTD., | |
| Plaintiffs, | |
| v. | |
| CITIGROUP INC.; CITIBANK, N.A.; CITIGROUP GLOBAL MARKETS, INC.; CITICORP NORTH AMERICA, INC.; DELTA ENERGY CORPORATION; SALOMON BROTHERS HOLDING COMPANY, INC.; CXC INCORPORATED; CORPORATE ASSET FUNDING COMPANY, INC.; CORPORATE RECEIVABLES CORPORATION, INC.; LONG LANE MASTER TRUST IV; J.P. MORGAN CHASE & CO.; J.P. MORGAN CHASE BANK (FORMERLY CHASE MANHATTAN BANK); MAHONIA LIMITED; MAHONIA NATURAL GAS LIMITED; STONEVILLE AEGEAN LIMITED; JP MORGAN SECURITIES INC.; BARCLAYS PLC; BARCLAYS BANK PLC; COLONNADE LIMITED; BARCLAYS CAPITAL SECURITIES LIMITED; BARCLAYS CAPITAL, INC.; BARCLAYS PHYSICAL TRADING LIMITED (FORMERLY BARCLAYS METALS (HOLDINGS) LIMITED); BARCLAYS METALS LIMITED; DEUTSCHE BANK AG; DEUTSCHE | Adversary Proceeding No. 03-09266 (AJG) |

## SCHEDULING ORDER

In accordance with the pretrial conference held in this adversary proceeding on April 1, 2004, and the Deposition Protocol Order entered by this Court on March 11, 2004, the Court finds that the following Scheduling Order should issue.  It is, therefore, ORDERED that the following schedule of deadlines shall govern this adversary proceeding:

New parties must be named by plaintiffs and third-party actions must be commenced by those defendants who file an Answer to the Amended Complaint on or before April 1, 2004 by                                              August 2, 2004

It is not necessary to obtain leave of Court if done by this date. Those defendants who file an Answer to the Amended Complaint after April 1, 2004 will have until the later of August 2, 2004 or 30 days from the date they answer to file third-party actions.

Affirmative pleadings (complaint, counterclaim, and third-party complaint) must be amended by                                              January 1, 2005

It is not necessary to obtain leave of Court if done by this date. Answers or other responses to affirmative pleadings must be filed 90 days after service of the affirmative pleading.

All fact discovery must be completed by                   November 30, 2005

Written discovery must be served sufficiently in advance of this deadline so that the response time under the applicable Federal Rule of Civil Procedure, as adopted by the Bankruptcy Rules, falls on or before

this deadline.

Expert discovery must be completed as follows:

Parties asserting affirmative claims (plaintiffs, third-party plaintiffs, and defendants with counterclaims) must identify their expert witnesses and submit expert reports in accordance with Rule 26(a)(2) of the Federal Rules of Civil Procedure, as adopted by Bankruptcy Rule 7026, by                January 10, 2006

Parties defending affirmative claims (defendants, third-party defendants, and counterclaim defendants) must identify their expert witnesses and submit expert reports in accordance with Rule 26(a)(2) of the Federal Rules of Civil Procedure, as adopted by Bankruptcy Rule 7026, by                February 28, 2006

Parties asserting affirmative claims must identify rebuttal expert witnesses and submit expert reports in accordance with Rule 26(a)(2) of the Federal Rules of Civil Procedure, as adopted by Bankruptcy Rule 7026, by     March 24, 2006

All expert discovery must be completed by                May 12, 2006

Dispositive motions must be filed by                July 14, 2006

Oppositions to dispositive motions must be filed within 45 days of service of the motion. Replies must be filed within 30 days of service of the opposition papers.

Joint pretrial order must be filed by                January 15, 2007

Trial is set for                February 19, 2007

No party need make the initial disclosures under Rule 26(a)(1) of the Federal Rules of Civil Procedure, as adopted by Bankruptcy Rule 7026.

SO ORDERED this 20th day of April, 2004

_s/ Arthur J. Gonzalez_
Arthur J. Gonzalez
United States Bankruptcy Judge