UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br>ENRON CREDITORS RECOVERY<br>CORP., *et al.*,<br><br>        Reorganized Debtors. | 07 Civ. 10612<br><br>Chapter 11<br>Case No.  01-16034 (AJG)<br><br>Jointly Administered |
| ENRON CORP., *et al.*,<br><br>        Plaintiffs,<br><br>        v.<br><br>CITIGROUP, INC., *et al.*,<br><br>        Defendants. | Adv. Pro. No. 03-09266 |

AFFIDAVIT OF SERVICE

AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                            ) ss.:
COUNTY OF NEW YORK    )

Amy T. Tridgell, being duly sworn, deposes and says:

1.      I am not a party to this action, am over 18 years of age and am employed by Crowell &

Moring, LLP, New York, New York 10022-4611.

2.      On December 11, 2007, I served true copies of the (i) Plaintiffs' Memorandum of Law in

Opposition to Citigroup Defendants' Motion to Withdraw the Reference; (ii) the Declaration of

Bill McSherry in Opposition to Citigroup Defendants' Motion to Withdraw the Reference; (iii)

the Appendix of Unreported Decisions Cited in Plaintiffs' Opposition to Citigroup Defendants'

Motion to Withdraw the Reference; and (iv) the Declaration of Matthew C. Heyn in Opposition

to Citigroup Defendants' Motion to Withdraw the Reference and Exhibits on each of those

referenced in paragraph 4 hereof.

3.      Also, on December 11, 2007, I served true copies of the (i) Plaintiffs' Memorandum of

Law in Opposition to the Deutsche Bank Entities' Joinder in the Citigroup Defendants' Motion

to Withdraw the Reference; (ii) the Declaration of Edward T. Attanasio in Opposition to the

Deutsche Bank Entities' Joinder in the Citigroup Defendants' Motion to Withdraw the

Reference; and (iii) the Appendix of Unreported Decisions Cited in Plaintiffs' Opposition to

Citigroup Defendants' Motion to Withdraw the Reference and Exhibits on each of those

referenced in paragraph 4 hereof.

4.      The foregoing documents were served on the following:

        Brad Scott Karp
        Paul, Weiss, Rifkind, Wharton & Garrison LLP
        1285 Avenue of the Americas
        New York, New York 10019

David J. Mark
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY 10019

Lawrence Byrne
Linklaters LLP
1345 Avenue of the Americas
New York, NY 10105

Jeffrey S. Saltz
Law Office of Jeffrey S. Saltz, P.C.
Two Penn Center Plaza, Suite 1930
1500 John F. Kennedy Blvd
Philadelphia, PA 19102

5.      I made such service on Brad Scott Karp of Paul, Weiss, Rifkind, Wharton & Garrison

LLP, Lawrence Byrne of Linklaters LLP, and David J. Mark of Kasowitz, Benson, Torres &

Friedman LLP by personally delivering true copies of the aforementioned documents to the

offices located at the above stated addresses.

6.      I made such service on the Law Office of Jeffrey S. Saltz, P.C. by personally enclosing

true copies of the aforementioned documents in properly addressed prepaid wrappers and

delivering them to a Federal Express office for Priority Overnight delivery.

Amy T. Tridgell

Sworn to before me this

\_\_\_\_\_ day of December, 2007

Notary Public

JAMES MAISANO
Notary Public, State of New York
No. 02MA5047422
Qualified in Westchester County
Commission Expires July 31, 2009