

| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**SOUTHERN DISTRICT OF NEW YORK**<br>——————————————————— X<br>:<br>**In re**                                                      :<br>:<br>**ENRON CREDITORS**                          :<br>**RECOVERY CORP.,** *et al.,*              :<br>              **Reorganized Debtors.**   :<br>——————————————————— x<br>:<br>**ENRON CREDITORS**                          :<br>**RECOVERY CORP.,** *et al.,*              :<br>              **Plaintiffs,**                        :<br>     **v.**                                                   :<br>:<br>**CITIGROUP INC.,** *et al.,*                 :<br>:<br>              **Defendants.**                     :<br>——————————————————— x | **Case No. 07 CV 10612**<br><br>**ORDER FOR ADMISSION**<br>**PRO HAC VICE**<br>**ON WRITTEN MOTION**<br><br><br><br>**Bankruptcy Case**<br>**No. 01-16034 (AJG)**<br><br><br>**Adversary Proceeding**<br>**No. 03-09266 (AJG)** |

Upon the motion of William J. McSherry, Jr., attorney for Enron Creditors Recovery Corporation, et al., and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

> Lee R. Bogdanoff
> Klee Tuchen Bogdanoff & Stern LLP
> 1999 Avenue of the Stars, 39th Floor
> Los Angeles, California 90067
> Telephone: (310) 407-4000
> Fax:     (310) 407-9090
> lbogdonoff@ktbslaw.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/17/07
```

is admitted to practice pro hac vice as counsel for Enron Creditors Recovery Corporation, et al., in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing the discipline of attorneys. If this action is assigned to the

Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: December 13 2007
New York, New York

_____
United States District Judge