ENRON CREDITORS
RECOVERY CORP., *et al.*,
Reorganized Debtors,
By Special Litigation Counsel,
CROWELL & MORING LLP
153 East 53rd Street
New York, New York 10022
(212) 223-4000
William J. McSherry, Jr. (WM-1194)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
——————————————————X
In re                                           :
                                                :
**ENRON CREDITORS**                             :
**RECOVERY CORP.,** *et al.*,                   :
                          **Reorganized Debtors.** :
                                                X
——————————————————
                                                :
**ENRON CREDITORS**                             :
**RECOVERY CORP.,** *et al.*,                   :
                              **Plaintiffs,**   :
            v.                                  :
                                                :
**CITIGROUP INC.,** *et al.*,                   :
                                                :
                              **Defendants.**   :
——————————————————X

Case No. 07 CV 10612

MOTION TO ADMIT COUNSEL
PRO HAC VICE

Bankruptcy Case
No. 01-16034 (AJG)

Adversary Proceeding
No. 03-09266 (AJG)

PURSUANT TO LOCAL RULE 1.3(c) of the Local Rules of the United States District Court for the Southern and Eastern District of New York, I, William J. McSherry, Jr., a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

   Lee R. Bogdanoff
   Klee, Tuchin, Bogdanoff & Stern, LLP
   1999 Avenue of the Stars, 39th Floor
   Los Angeles, CA 90067
   (310) 407-1000
   (310) 407-9090

LEE R. BOGDANOFF is a member in good standing of the Bar of the State of California.

---

There are no pending disciplinary proceeding against LEE R. BOGDANOFF in any State or Federal court.

Dated:  December ___, 2007
New York, New York

Respectfully submitted,

_____
WILLIAM J. McSHERRY, JR. (WM-1194)
CROWELL & MORING
153 East 53rd Street
New York, New York 10022
(212) 223-4000
(212) 895-4201

ENRON CREDITORS
RECOVERY CORP., *et al.*,
Reorganized Debtors,
By Special Litigation Counsel,
CROWELL & MORING LLP
153 East 53rd Street
New York, New York 10022
(212) 223-4000
William J. McSherry, Jr. (WM-1194)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
In re                                   :
                                        :
ENRON CREDITORS                         :
RECOVERY CORP., *et al.*,               :
         Reorganized Debtors.           :
----------------------------------------X
                                        :
ENRON CREDITORS                         :
RECOVERY CORP., *et al.*,               :
         Plaintiffs,                    :
                                        :
   v.                                   :
                                        :
CITIGROUP INC., *et al.*,               :
                                        :
         Defendants.                    :
----------------------------------------X

Case No. 07 CV 10612

AFFIDAVIT OF WILLIAM J.
MCSHERRY, JR., IN SUPPORT
OF MOTION TO ADMIT
COUNSEL PRO HAC VICE

**Bankruptcy Case**
**No. 01-16034 (AJG)**

**Adversary Proceeding**
**No. 03-09266 (AJG)**

STATE OF NEW YORK   )
                    )  ss:
CITY OF NEW YORK    )

William J. McSherry, Jr., being duly sworn, hereby deposes and says as follows:

1. I am a partner at Crowell & Moring, counsel for Debtor in the above captioned action. I am familiar with the proceedings in this case. I make this statement based upon my personal knowledge of the facts set forth herein and in support of the motion of the

Debtor's motion to admit Lee R. Bogdanoff as counsel pro hac vice to represent Debtor in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in February 1974. I am also admitted to the bar of the United States District Court of the Southern District of New York, and am in good standing with this Court.

3. I have known Lee R. Bogdanoff for approximately one year.

4. Mr. Bogdanoff is a partner at Klee, Tuchin, Bogdanoff & Stern, LLP, in Los Angeles, California.

5. I have found Mr. Bogdanoff to be both a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Lee R. Bogdanoff, pro hac vice, to this Court.

7. I respectfully submit a proposed order granting the admission of Lee R. Bogdanoff, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Lee R. Bogdanoff, pro hac vice, to represent the Debtor in the above captioned matter, be granted.

Sworn to before me this 10th
Day of December, 2007

_____
Notary

JAMIE C. KRAPF
Notary Public, State of New York
No. 02KR6154451
Qualified in Nassau County
Commission Expires 10/23/2010

_____
WILLIAM J. McSHERRY, JR.

**THE STATE BAR
OF CALIFORNIA**

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639

TELEPHONE: 888-800-3400

December 10, 2007

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, LEE ROBERT BOGDANOFF, #119542 was admitted to the practice of law in this state by the Supreme Court of California on December 10, 1985; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

J. Robert McPhail
Custodian of Membership Records

| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>─────────────────────────────── X<br>In re                                              :<br>                                                         :<br>ENRON CREDITORS                         :<br>RECOVERY CORP., *et al.*,              :<br>           Reorganized Debtors.        :<br>─────────────────────────────── x<br>                                                         :<br>ENRON CREDITORS                         :<br>RECOVERY CORP., *et al.*,              :<br>           Plaintiffs,                           :<br>    v.                                                  :<br>                                                         :<br>CITIGROUP INC., *et al.*,               :<br>                                                         :<br>           Defendants.                       :<br>─────────────────────────────── x | | Case No. 07 CV 10612<br><br>**ORDER FOR ADMISSION<br>PRO HAC VICE<br>ON WRITTEN MOTION**<br><br><br><br>**Bankruptcy Case<br>No. 01-16034 (AJG)**<br><br><br>**Adversary Proceeding<br>No. 03-09266 (AJG)** |

Upon the motion of William J. McSherry, Jr., attorney for Enron Creditors Recovery Corporation, et al., and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

>Lee R. Bogdanoff
>Klee Tuchen Bogdanoff & Stern LLP
>1999 Avenue of the Stars, 39th Floor
>Los Angeles, California 90067
>Telephone: (310) 407-4000
>Fax:   (310) 407-9090
>lbogdonoff@ktbslaw.com

is admitted to practice pro hac vice as counsel for Enron Creditors Recovery Corporation, et al., in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing the discipline of attorneys. If this action is assigned to the

Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: December __, 2007
New York, New York

_____
United States District Judge

ENRON CREDITORS
RECOVERY CORP., *et al.*,
Reorganized Debtors,
By Special Litigation Counsel,
CROWELL & MORING LLP
153 East 53rd Street
New York, New York 10022
(212) 223-4000
William J. McSherry, Jr. (WM-1194)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____ X
                                    :
In re                               :
                                    :
ENRON CREDITORS                     :
RECOVERY CORP., *et al.*,           :
        Reorganized Debtors.        :
_____ X
                                    :
ENRON CREDITORS                     :
RECOVERY CORP., *et al.*,           :
        Plaintiffs,                 :
v.                                  :
                                    :
CITIGROUP INC., *et al.*,           :
                                    :
        Defendants.                 :
_____ X

Case No. 07 CV 10612

CERTIFICATE OF SERVICE

Bankruptcy Case
No. 01-16034 (AJG)

Adversary Proceeding
No. 03-09266 (AJG)

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of December 2007, I caused true and correct copies of the foregoing (i) Motion to Admit Counsel Pro Hac Vice; (ii) Affidavit of William J. McSherry, Jr. in Support of Motion to Admit Cousel Pro Hac Vice; (iii) Certificate of Good Standing for Lee R. Bogdanoff, Esq.; and (iv) a proposed Order for Admission of Counsel Pro Hac Vice to be served on counsel of record by hand delivery and on counsel of record for Delta

in Phlladelphia, Pennsylvania by via overnight U.S. mail, postage prepaid, return receipt requested.

                                                                        Amy T. Trudgell, Esq.
                                                                        Crowell & Moring
                                                                        153 East 53rd Street
                                                                        New York, New York 10022