LINKLATERS LLP
*Attorneys for*
The Deutsche Bank Entities
1345 Avenue of the Americas
New York, New York 10105
(212) 903-9000
Lawrence Byrne
Lance Croffoot-Suede
Joseph Schmit
Titia A. Holtz

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>ENRON CORP., *et al.*,<br><br>                Reorganized Debtors. | 07 Civ. 10612 (GEL)<br><br>Chapter 11<br>Case No. 01-16034 (AJG)<br><br>Jointly Administered |
| ENRON CORP., *et al.*,<br><br>                Plaintiff,<br><br>                v.<br><br>CITIGROUP, INC., *et al.*,<br><br>                Defendants. | Adv. Pro. No. 03-09266 |

**WITHDRAWAL OF THE DEUTSCHE BANK ENTITIES' JOINDER IN THE
CITIGROUP DEFENDANTS' MOTION TO WITHDRAW THE REFERENCE**

Pursuant to the *Order Pursuant to Section 105 of the Bankruptcy Code and
Federal Rules of Bankruptcy Procedure 2002, 6004, and 9019, Authorizing and
Approving (a) the Execution, Delivery, and Performance of Settlement Agreement
with the Deutsche Bank Entities with respect to the MegaClaim Litigation, the
MegaClaim Objection, and the Deutsche Bank Claims, as set forth therein, and (b)
the Consummation of the Transactions Contemplated Thereby* (Bankr. S.D.N.Y.,
Adv. Pro. No. 03-09266, Docket No. 652) entered on December 27, 2007, Defendants

Deutsche Bank AG, Deutsche Bank Trust Company Americas, Deutsche Bank

Securities Inc., Deutsche Bank Luxembourg, S.A., Deutsche Bank Trust Company

Delaware, Deutsche Bank Trust Corporation, Bankers Trust International plc, BT

Commercial Corp., DB Green, Inc., Deutsche Leasing New York Corp., Seneca

Delaware, Inc., Deutsche Bank S.A., DB Ever, Inc. (f/k/a BT Ever, Inc.), and Seneca

Leasing Partners, L.P. (collectively, the "Deutsche Bank Entities"), hereby

respectfully withdraw the Deutsche Bank Entities' Joinder in the Citigroup

Defendants' Motion to Withdraw the Reference (Docket No. 7; Bankr. S.D.N.Y.,

Adv. Pro. No. 03-09266, Docket No. 640), and the accompanying Declaration of

Lance Croffoot-Suede in support thereof (Docket No. 8; Bankr. S.D.N.Y., Adv. Pro.

No. 03-09266, Docket No. 641) both filed on December 3, 2007.

Dated: January 8, 2008
      New York, New York

           Respectfully submitted,

           **LINKLATERS LLP**

           By: ___/s/ Lance Croffoot-Suede____
           Lawrence Byrne
           Lance Croffoot-Suede
           Joseph B. Schmit
           Titia A. Holtz
           1345 Avenue of the Americas
           New York, New York 10105
           (212) 903-9000

           *Attorneys for*
           The Deutsche Bank Entities

## CERTIFICATE OF SERVICE

I, Titia Holtz, an attorney duly admitted to practice law before this Court, certify under penalty of perjury that on January 8, 2008, I caused a true copy of the foregoing Withdrawal of the Deutsche Bank Entities' Joinder in the Citigroup Defendants' Motion to Withdraw the Reference to be served via the Court's ECF system and First Class mail upon each of the following attorneys of record:

David M. Stern
Lee R. Bogdanoff
Matthew Heyn
Klee, Tuchin, Bogdanoff & Stern LLP
1999 Avenue of the Stars
39th Floor
Los Angeles, CA 90067

William J. McSherry, Jr.
Crowell & Moring LLP
153 East 53rd Street
31st Street
New York, NY 10022

Stephen J. Shimsak
Brad S. Karp
Paul Weiss Rifkind Wharton
& Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064

David J. Mark
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY 10019

Dated: January 8, 2008
        New York, New York

                                    /s/ Titia A. Holtz
                                    Titia A. Holtz