LINKLATERS LLP
*Attorneys for*
The Deutsche Bank Entities
1345 Avenue of the Americas
New York, New York 10105
(212) 903-9000
Lawrence Byrne
Lance Croffoot-Suede
Joseph Schmit
Titia A. Holtz

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/18/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>ENRON CORP., *et al.*,<br><br>　　　　　　Reorganized Debtors. | 07 Civ. 10612 (GEL)<br><br>Chapter 11<br>Case No. 01-16034 (AJG)<br><br>Jointly Administered |
| ENRON CORP., *et al.*,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CITIGROUP, INC., *et al.*,<br><br>　　　　　　Defendants. | Adv. Pro. No. 03-09266 |

**WITHDRAWAL OF THE DEUTSCHE BANK ENTITIES' JOINDER IN THE CITIGROUP DEFENDANTS' MOTION TO WITHDRAW THE REFERENCE**

Pursuant to the *Order Pursuant to Section 105 of the Bankruptcy Code and Federal Rules of Bankruptcy Procedure 2002, 6004, and 9019, Authorizing and Approving (a) the Execution, Delivery, and Performance of Settlement Agreement with the Deutsche Bank Entities with respect to the MegaClaim Litigation, the MegaClaim Objection, and the Deutsche Bank Claims, as set forth therein, and (b) the Consummation of the Transactions Contemplated Thereby* (Bankr. S.D.N.Y., Adv. Pro. No. 03-09266, Docket No. 652) entered on December 27, 2007, Defendants

1

Deutsche Bank AG, Deutsche Bank Trust Company Americas, Deutsche Bank Securities Inc., Deutsche Bank Luxembourg, S.A., Deutsche Bank Trust Company Delaware, Deutsche Bank Trust Corporation, Bankers Trust International plc, BT Commercial Corp., DB Green, Inc., Deutsche Leasing New York Corp., Seneca Delaware, Inc., Deutsche Bank S.A., DB Ever, Inc. (f/k/a BT Ever, Inc.), and Seneca Leasing Partners, L.P. (collectively, the "Deutsche Bank Entities"), hereby respectfully withdraw the Deutsche Bank Entities' Joinder in the Citigroup Defendants' Motion to Withdraw the Reference (Docket No. 7; Bankr. S.D.N.Y., Adv. Pro. No. 03-09266, Docket No. 640), and the accompanying Declaration of Lance Croffoot-Suede in support thereof (Docket No. 8; Bankr. S.D.N.Y., Adv. Pro. No. 03-09266, Docket No. 641) both filed on December 3, 2007.

Dated: January 8, 2008
       New York, New York

                                      Respectfully submitted,

                                      **LINKLATERS LLP**

                                      By:   /s/ Lance Croffoot-Suede
                                      Lawrence Byrne
                                      Lance Croffoot-Suede
                                      Joseph B. Schmit
                                      Titia A. Holtz
                                      1345 Avenue of the Americas
                                      New York, New York 10105
                                      (212) 903-9000

                                      *Attorneys for*
                                      The Deutsche Bank Entities

---

*Handwritten order:* Deutsche Bank's motion to withdraw its motion to join Citigroup's motion to withdraw the reference is granted. The Clerk is directed to close out the prior motion. (Doc. #8.)

SO ORDERED

/s/ Gerard E. Lynch
GERARD E. LYNCH, U.S.D.J.
3/17/08

2